UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

KEITH RANIERE, aka "The
Vanguard,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 18-M-132

         Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Moira Kim Penza, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

         WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:     Brooklyn, New York
           March 26, 2018

                        S/ Steven Gold

                        HONORABLE
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK