UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

Raniere, at al.,

           Defendants.

------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2018 ★

BROOKLYN OFFICE

UNSEALING ORDER

Docket No. 18-204 (NGG) (S-1)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Moira Kim Penza, for an order unsealing the superseding indictment as to all defendants, i.e. Keith Raniere, Clare Bronfman, Allison Mack, Kathy Russell, Lauren Salzman and Nancy Salzman.

WHEREFORE, it is ordered that the superseding indictment be unsealed.

Dated:    Brooklyn, New York
          July 24, 2018

S/Viktor V. Pohorelsky
_____
HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK