AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 Cr. 204 (NGG) |
| Keith Raniere, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clare Bronfman                                                                                         .

Date:    07/24/2018

/s/
*Attorney's signature*

Kathleen E. Cassidy KC5025
*Printed name and bar number*

Hafetz & Necheles LLP
10 E. 40th St., 48th Fl.
New York, NY 10016

*Address*

kcassidy@hafetznecheles.com
*E-mail address*

(212) 997-7400
*Telephone number*

(212) 997-7646
*FAX number*