AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 Cr. 204 (NGG) |
| Keith Raniere, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clare Bronfman                                                                                          .

Date: 07/24/2018

/s/
*Attorney's signature*

Gedalia Stern GS5662
*Printed name and bar number*

Hafetz & Necheles LLP
10 E. 40th St., 48th Fl.
New York, NY 10016

*Address*

gstern@hafetznecheles.com
*E-mail address*

(212) 997-7400
*Telephone number*

(212) 997-7646
*FAX number*