DOCKET NUMBER: CR 18-0204 (NGG)

CRIMINAL CAUSE FOR ARRAIGNMENT

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: JULY 24, 2018   TIME IN COURT __ HRS   60   MINS
@ 3:00 PM.

**1. DEFENDANT**: CLARE BRONFMAN

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL**: SUSAN NECHELES
  FEDERAL DEFENDER:       CJA:            RETAINED:  X

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:       CJA:       RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody       Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:   CJA:   RETAINED:

**A.U.S.A.**: MOIRA KIM PENZA

**COURT REPORTER**: LINDA MARINO
**INTERPRETER:       LANGUAGE:**

| | | |
|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| X | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held     ☐      Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐  Sentence enhancement Phase | ☐   Bench Trial Begun |

Speedy Trial Start : 7/24/2018   Speedy Trial Stop: 7/25/2018   CODE TYPE: XT

Do these minutes contain ruling(s) on motion(s)?   YES                    NO   X

THE DEFENDANT IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE SUPERSEDING INDICTMENT (S-1). THE NEXT STATUS CONFERENCE IS SCHEDULED FOR WEDNESDAY, JULY 25, 2018 AT 2:00 PM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JULY 25, 2018 FOR REVIEW OF DISCOVERY AND PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.  THE DEFENDANT IS RELEASED PURSUANT TO THE ORDER SETTING CONDITIONS OF RELEASE AND BOND SUBJECT TO  THE CONDITIONS BEING APPROVED BY THE COURT ON FRIDAY, JULY 27, 2018.  BAIL APPLICATION PROCEEDING WILL CONTINUE ON FRIDAY, JULY 27, 2018 AT 10:30 AM.