# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646

August 31, 2018

**VIA ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Garaufis:

    We write to respectfully request a brief extension of the September 4 deadline Your Honor set for us to submit an additional letter brief with respect to Ms. Bronfman's bail conditions. With the government's consent, we request until September 7 to submit our letter, with a corresponding extension of the government's deadline for any response until September 14.

                       Respectfully submitted,

                       /s/

                       Kathleen E. Cassidy

cc:    AUSAs Moira Kim Penza, Tanya Hajjar (via ECF)
        All defense counsel of record (via ECF)

SO ORDERED:
s/ MKB 8/31/2018

_____
MARGO K. BRODIE
United States District Judge