## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Vera M. Scanlon                    DATE : 9/13/2018

DOCKET NUMBER : 18CR204(NGG)                    FTR #  4:02-4:22

DEFT NAME : Keith Raniere          ATTY: Marc Agnifilo/Paul DerOhannesian, II
___Present ✓ Not Present ✓ Custody __Bail       __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Allison Mack              ATTY: Sean Buckley/William McGovern
✓ Present __ Not Present __ Custody ✓ Bail       __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Clare Bronfman             ATTY: Susan Necheles/Kathleen Cassidy
✓ Present __ Not Present __ Custody ✓ Bail       __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Kathy Russell              ATTY: Justine Harris/Amanda Ravich
✓ Present __ Not Present __ Custody ✓ Bail       __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Lauren Salzman             ATTY: Hector Diaz
✓ Present __ Not Present __ Custody ✓ Bail       __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Nancy Salzman              ATTY: Robert Soloway
___Present ✓ Not Present __ Custody ✓ Bail       __ Federal Defender  _ CJA   ✓ Ret

A.U.S.A. : Moira Penza/Tanya Hajjar       DEPUTY CLERK :  K. Quinlan

__X__  Status conference set for **9/18/2018 @ 12:15 PM** in Courtroom 13A South before MJ Judge Scanlon. This conference will end by 3:00 PM at the latest. Counsel for Salazar, Mr. Diaz, to call into chambers at (718) 613-2300.

**Other Rulings :** Counsel are to meet and confer to attempt to narrow discovery scheduling issues.