## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**                          DATE : **9/18/2018**

DOCKET NUMBER : **18CR204(NGG)**            FTR # **12:33-2:00**

DEFT NAME : **Keith Raniere**   ATTY: **Marc Agnifilo/Paul DerOhannesian, II, Danielle Smith**
  _✓_Present __Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Allison Mack**                          ATTY: **William McGovern**
  __Present _✓_Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Clare Bronfman**                     ATTY: **Susan Necheles/Kathleen Cassidy**
  _✓_Present __Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Kathy Russell**                        ATTY: **Justine Harris/Amanda Ravich**
  _✓_Present __Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME :  **Lauren Salzman**                   ATTY: **Hector Diaz**
  __Present _✓_Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Nancy Salzman**                     ATTY: **Robert Soloway**
  __Present _✓_Not Present __Custody __Bail        __ Federal Defender   _ CJA   ✓ Ret

A.U.S.A. : **Moira Penza/Tanya Hajjar**      DEPUTY CLERK :  **K. Quinlan**

**Other Rulings** : As discussed, the U.S. will file a letter with its best estimates of the production and production process (eg. privilege segregation & review, search warrant relevant document production) and description of technical and labor restraints by noon on 9/24/2018. Any letter should include a chart of relevant devices and other sources of data, as well as non electronic data. Any defense position to be submitted by 9/26/2018.

An in person Status Conference is set for 9/27/2018 at 5:00 PM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. During the 9/27/2018 conference, counsel should expect that a discovery schedule will be set, and counsel should plan to discuss among themselves a proposed schedule for trial and trial preparation, see [138].