AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 Cr. 204 (NGG) |
| Keith Raniere, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clare Bronfman.

Date: 09/27/2018

/s/ Alexandra A.E. Shapiro
*Attorney's signature*

Alexandra A.E. Shapiro
*Printed name and bar number*

Shapiro Arato LLP
500 Fifth Avenue, Floor 40
New York, NY 10110
*Address*

ashapiro@shapiroarato.com
*E-mail address*

(212) 257-4880
*Telephone number*

(212) 202-6417
*FAX number*