AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  18 Cr. 204 (NGG) |
| Keith Raniere, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clare Bronfman  .

Date:  09/27/2018

/s/ Fabien M. Thayamballi
*Attorney's signature*

Fabien M. Thayamballi
*Printed name and bar number*

Shapiro Arato LLP
500 Fifth Avenue, Floor 40
New York, NY 10110

*Address*

fthayamballi@shapiroarato.com
*E-mail address*

(212) 257-4880
*Telephone number*

(212) 202-6417
*FAX number*