## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Vera M. Scanlon                                    DATE : 9/27/2018

DOCKET NUMBER : 18CR204(NGG)                    FTR #   5:25-6:27; 6:28-6:37

DEFT NAME : **Keith Raniere**   ATTY: **Marc Agnifilo/Paul DerOhannesian, II, Danielle Smith**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Allison Mack**                    ATTY: **William McGovern/Sean Buckley**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Clare Bronfman**                  ATTY:  **Susan Necheles/Kathleen Cassidy**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Kathy Russell**                   ATTY: **Justine Harris/Amanda Ravich**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME :  **Lauren Salzman**                 ATTY: **Hector Diaz**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Nancy Salzman**                   ATTY: **Robert Soloway/David Stern**
    __Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓ Ret

A.U.S.A. : **Moira Penza/Tanya Hajjar**        DEPUTY CLERK :  **K. Quinlan**


**Other Rulings** : An in person Status Conference is set for 10/2/2018 @ 12:30 PM (note time change) in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. The working date for the Government's production of all relevant known discovery is 12/7/2018. The Government and counsel are expected to meet and confer as to outstanding disputes as to production (eg Salzman devices) and as to the timing of non device discovery. The Government is expected to comply with all of its obligations and make complete and timely productions through the dedication of sufficient resources to the discovery production process. To the extent the Government would like to explain its indeterminate production schedule with information provided to the Court by an agent with relevant technical information, they may bring such a person to the 10/2/2018 conference. Counsel who wish to appear by telephone should file a letter as to their appearance by 5:00 PM on 10/1/2018.