## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**                    DATE : **10/3/2018**

DOCKET NUMBER : **18CR204(NGG)**                    FTR # **5:11-5:36**

DEFT NAME : **Keith Raniere**   ATTY: **Teny Geragos/Paul DerOhannesian, II, Danielle Smith**
__Present✓ __Not Present __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Allison Mack**                ATTY: **William McGovern/Sean Buckley**
__Present __Not Present✓ __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Clare Bronfman**              ATTY: **Kathleen Cassidy**
__Present __Not Present✓ __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Kathy Russell**               ATTY: **Justine Harris/Amanda Ravich**
__Present✓ __Not Present __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME :  **Lauren Salzman**             ATTY: **Hector Diaz**
__Present __Not Present✓ __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

DEFT NAME : **Nancy Salzman**               ATTY: **Robert Soloway/David Stern**
__Present✓ __Not Present __Custody __Bail       __ Federal Defender   _ CJA   ✓ Ret

A.U.S.A. : **Moira Penza/Tanya Hajjar**     DEPUTY CLERK :  **K. Quinlan**


**Other Rulings** : As discussed during the 10/3/2018 Telephone Conference, the Government shall submit a letter by 10/12/2018 with its anticipated schedule of production for all discovery currently in its possession. By 10/26/2018, a joint letter from the Government and the affected Defendants shall be filed setting forth a proposed schedule for privilege motions.