# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 11, 2018

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Garaufis:

    I write to request a temporary modification of Ms. Bronfman's bail conditions to allow her to accompany me on a trip to the Albany/Clifton Park area in the Northern District of New York on October 16-17, 2018, for purposes of conducting defense investigation in preparation for trial in the above-captioned case. The government has no objection to this request, and Pretrial Services takes no position. If Ms. Bronfman's request is approved, I will provide Pretrial Services with the specifics of our travel plans on those dates.

        Respectfully submitted,

        /s/

        Kathleen E. Cassidy

cc:    AUSAs Moira Kim Penza, Tanya Hajjar (via ECF)
        Pretrial Services Officer Anna Lee (via email)