## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Vera M. Scanlon        DATE : 11/6/2018

DOCKET NUMBER : 18CR204(NGG)        FTR #    4:07-4:48

DEFT NAME : Keith Raniere    ATTY: Marc Agnifilo/Paul DerOhannesian, II, Danielle Smith
__Present __Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Allison Mack        ATTY: William McGovern/Sean Buckley
__Present __Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Clare Bronfman        ATTY: Kathleen Cassidy
__Present ✓Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Kathy Russell        ATTY: Justine Harris/Amanda Ravich
__Present ✓Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME :  Lauren Salzman        ATTY: Hector Diaz
__Present ✓Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

DEFT NAME : Nancy Salzman        ATTY: Robert Soloway
__Present ✓Not Present __Custody __Bail        __ Federal Defender  _ CJA   ✓ Ret

A.U.S.A. : Moira Penza/Tanya Hajjar    DEPUTY CLERK :  K. Quinlan

**Other Rulings** : All counsel waived his/her respective client's appearance. The notice at [158] is moot by virtue of the order/stipulation at [180]. Counsel to submit a status letter on privilege issues by 11/19/2018 as discussed.