# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

December 2, 2018

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG)(VMS)

Dear Judge Scanlon:

    We write, with the consent of the government, to respectfully request a one-day extension of the Court's deadline for defendants to respond to the government's privilege letter dated 11/27/18, from noon on 12/3/18 until noon on 12/4/18. The Court had ordered that responses be filed by noon on Monday when the conference was initially scheduled for Tuesday. Now that the conference has been moved to Thursday, we respectfully request until Tuesday at noon to file our responses. Ms. Necheles and I are currently engaged in a trial in the Southern District, and thus request the additional day in order to have time to confer with our co-defendants' counsel and respond to the government's submission.

                            Respectfully submitted,

                            /s/

                            Kathleen E. Cassidy

cc:    AUSAs Moira Kim Penza, Tanya Hajjar (via ECF)
        All defense counsel (via ECF)