UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                18-CR-204 (NGG)

KEITH RANIERE, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Kevin Trowel from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should also be sent to:

        Assistant U.S. Attorney Kevin Trowel
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East
        Brooklyn, NY 11201
        Tel:  (718) 254-6469
        Email: Kevin.Trowel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kevin Trowel at the email address set forth above.

Dated: Brooklyn, New York
December 3, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Kevin Trowel
Kevin Trowel
Assistant U.S. Attorney

cc: Clerk of the Court (NGG)