OCTOBER 4, 2018 AT 2:00 PM
BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE, ET AL.
MINUTES IN COURT: 60
COURT REPORTER: SOPHIE NOLAN

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II<br>TENY GERAGOS / JACOB KAPLAN |
| 2. CLARE BRONFMAN | SUSAN NECHELES / KATHLEEN CASSIDY |
| 3. ALLISON MACK | SEAN BUCKLEY / STEVEN KOBRE<br>WILLIAM MCGOVERN |
| 4. KATHY RUSSELL | JUSTINE HARRIS |
| 5. LAUREN SALZMAN | HECTOR DIAZ / JAMES BURKE |
| 6. NANCY SALZMAN<br>Not present | DAVID STERN / ROBERT SOLOWAY |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / KARIN ORENSTEIN

STATUS CONFERENCE HELD; THE PARTIES REPORTED THEY HAVE MADE PROGRESS WORKING THROUGH DISCOVERY ISSUES WITH MAGISTRATE JUDGE SCANLON. THE GOVERNMENT AND KATHY RUSSELL REPORTED THAT THEY WERE DISCUSSING WAYS TO NARROW THE ASSOCIATIONAL RESTRICTION IN RUSSELL'S CONDITIONS OF RELEASE. THE NEXT STATUS CONFERENCE IS SCHEDULED FOR THURSDAY, DECEMBER 6, 2018 AT 11:00 AM. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND DECEMBER 6, 2018 FOR MOTION PRACTICE AND TRIAL PREPARATION ON CONSENT OF THE PARTIES. DEFENDANTS DID NOT OBJECT TO THE COURT'S COMPLEX CASE DESIGNATION.