## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**　　　　　DATE : **12/6/2018**

DOCKET NUMBER : **18CR204(NGG)**　　　　FTR # **9:35-10:50**

DEFT NAME : **Keith Raniere**　ATTY: **Marc Agnifilo/Paul DerOhannesian, II, Danielle Smith**
　__Present ✓Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

DEFT NAME: **Allison Mack**　　　　ATTY: **William McGovern/Sean Buckley**
　✓Present__ Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

DEFT NAME : **Clare Bronfman**　　　ATTY: **Kathleen Cassidy**
　__Present ✓Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

DEFT NAME : **Kathy Russell**　　　ATTY: **Justine Harris**
　__Present ✓Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

DEFT NAME : **Lauren Salzman**　　ATTY: **Hector Diaz**
　__Present__ Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

DEFT NAME : **Nancy Salzman**　　ATTY: **Robert Soloway**
　__Present ✓Not Present__Custody__Bail　__ Federal Defender　_ CJA　✓Ret

INTERESTED PARTY: **NXIVM**　　　ATTY: **Michael Sullivan** (via telephone)
　__Present ✓Not Present__Custody__Bail　__ Federal Defender　✓CJA　__ Ret

A.U.S.A : **Moira Penza/Tanya Hajjar/Shannon Jones**　DEPUTY CLERK : **K. Quinlan**

**Other Rulings** : 1) The government and Mr. Sullivan will communicate expeditiously to try to resolve privilege issues. 2) NXIVM will produce and list of attorneys by close of business on 12/7/2018 to the government or privilege purposes. 3) The government and NXIVM counsel will speak on 12/11/2018. 4) Defense counsel will speak with Ms. Jones /privilege team within the week to resolve as many privilege issues as possible. 5) To the extent, counsel identify issues of privilege as to which there is unlikely to be an agreement (eg joint defense agreements). Counsel will submit a letter to the Court by 12/14/2018 with a proposed briefing schedule. 6) As to other privilege issues, counsel will propose a two step prosecution team/prosecution team briefing process by 1/2/2019 by letter as discussed. 7) For now, defense need not provide unredacted privilege charts to the prosecution team, as discussed.