**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT

271 Cadman Plaza East
Brooklyn, New York 11201

December 7, 2018

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Keith Raniere, et al.
              Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Garaufis:

      The government respectfully submits this letter to request an extension to December 17, 2018—one business day—to respond to the pretrial motions filed by defendants Keith Raniere, Clare Bronfman, Allison Mack, Kathy Russell, Lauren Salzman and Nancy Salzman (the "Defense Pretrial Motions"). (See ECF Docket Nos. 192-200.) Counsel for defendants do not object to this request, provided that the deadline for any replies is extended to December 28, 2018.

      In addition, pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law in opposition to the Defense Pretrial Motions. The memoranda in support of the Defense

Pretrial Motions consist of over 115 pages of briefing. The government requests permission to file a single brief, consisting of no more than 80 pages, in opposition to all of the defendants' motions.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Moira Kim Penza
Tanya Hajjar
Kevin Trowel
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of record (by ECF)
Clerk of Court (NGG) (by ECF)

Applications granted.
So ordered.

s/Nicholas G. Garaufis

12/10/18

2