

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:TH/MKP/KMT  *271 Cadman Plaza East*
F. #2017R01840  *Brooklyn, New York 11201*

December 17, 2018

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Keith Raniere, <u>et</u> <u>al.</u>
     Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

  The government respectfully submits this letter in response to defendant Clare Bronfman's December 7, 2018 letter supplementing her motion to dismiss (DE 194) in light of a recent decision in the Ninth Circuit holding that 18 U.S.C. § 1324(a)(1)(A)(iv) is facially overbroad.  <u>See</u> <u>United States v. Sineneng-Smith</u>, --- F.3d ---, 2018 WL 6314287 (9th Cir. Dec. 4, 2018).  Count One of the Superseding Indictment alleges that Bronfman agreed to conduct the affairs of the charged Enterprise through a pattern of racketeering acts that includes a violation of this provision.  (DE 50 (Superseding Indictment) ¶ 24 (Racketeering Act Five-A)).  In light of <u>Sineneng-Smith</u>, Bronfman asserts that Racketeering Act Five-A should be dismissed.

  <u>Sineneng-Smith</u> is, of course, not binding on this Court.  Moreover, there is reason to believe that the Second Circuit would take a different approach to the issues raised in the case.  <u>See, e.g.</u>, <u>United States v. Thompson</u>, 896 F.3d 155, 165 (2d Cir. 2018) (rejecting First Amendment overbreadth challenge to 18 U.S.C. § 1591).

  In any event, on December 5, 2018, the Ninth Circuit stayed the mandate in <u>Sineneng-Smith</u> and granted the government's request for an extension to January 17, 2019 in which to file a petition for rehearing <u>en banc</u>.  <u>See</u> No. 15-10614 (9th Cir. Dec. 5, 2018) (DE 112).  If the government files a petition for rehearing on or before that date, it will set forth the Department of Justice's position on the issues raised in <u>Sineneng-Smith</u>.  The

government therefore requests that the Court stay resolution of this issue until January 31, 2019 – two weeks after the petition must be filed.

                                Respectfully submitted,

                                RICHARD P. DONOGHUE
                                United States Attorney

By:    /s/
                                Moira Kim Penza
                                Tanya Hajjar
                                Kevin Trowel
                                Assistant U.S. Attorneys
                                (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
        Counsel of Record (by ECF)