

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 22, 2019

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Keith Raniere, et al.</u>
          <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Garaufis:

      Pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law in opposition to Clare Bronfman's motion to suppress (DEs 271-273), and Keith Raniere's motion to suppress and for a <u>Franks</u> hearing (DE 269). The defendants' briefing in support of these motions, including attorney affirmations, totals 48 pages. The government requests permission to file a single brief, consisting of no more than 50 pages, in opposition to these two motions.

                                    Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                    United States Attorney

                By:   /s/_____
                     Moira Kim Penza
                     Tanya Hajjar
                     Kevin Trowel
                     Assistant U.S. Attorneys
                     (718) 254-7000

cc:     Counsel of record (by ECF)
        Clerk of Court (NGG) (by ECF)