UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -　　　　　　　　　　　　　　　　18-204 (NGG) (S-1)

KEITH RANIERE, ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Mark J. Lesko from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant U.S. Attorney Mark J. Lesko
>United States Attorney's Office (Criminal Division)
>271 Cadman Plaza East
>Brooklyn, New York 11201
>Tel: (718) 254-6048
>Fax: (718) 254-6300
>Email: Mark.Lesko@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Mark J. Lesko at the email address set forth above.

Dated: Brooklyn, New York
        January 28, 2019

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

                        By:   /s/ Mark J. Lesko
                                       Mark J. Lesko
                                       Assistant U.S. Attorney

cc:     Clerk of the Court (NGG)