

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2019

By E-mail and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere, et al.
                Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Garaufis:

      The government respectfully requests a two-day adjournment for its time to file its motion to admit enterprise evidence, from today until Friday, February 1, 2019. The government has conferred with counsel for all defendants and they do not object to the adjournment request. Additionally, pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law of no more than 40 pages in support of this motion.

                                  Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney

                  By:   /s/
                        Moira Kim Penza
                        Tanya Hajjar
                        Kevin Trowel
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Counsel of record (by ECF)
       Clerk of Court (NGG) (by ECF)