# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

February 1, 2019

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG) (VMS)

Dear Judge Garaufis:

    Earlier today the government filed a request for an extension of time until Monday, February 4, to file its motion to admit enterprise evidence (Dkt. 316). Defendants did not object to that request, but we respectfully request until February 18 to respond to that motion, given the anticipated length of the government's submission. The government consents to this request. Further, the parties propose that the government's reply would be filed by February 26, 2019.

    Respectfully submitted,

    /s/

    Kathleen E. Cassidy

cc: All parties (by ECF)

Application granted.
*[handwritten]*

s/Nicholas G. Garaufis
2/5/19