## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Vera M. Scanlon                              DATE : 2/5/2019

DOCKET NUMBER : 18CR204(NGG)                          FTR #   5:07-6:19

DEFT NAME : Keith Raniere                       ATTY: Marc Agnifilo/Danielle Smith
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓Ret

DEFT NAME : Clare Bronfman                      ATTY:  Kathleen Cassidy
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA   ✓Ret


A.U.S.A : Shannon Jones                         DEPUTY CLERK :  K. Quinlan


**Other Rulings :** As to Defendants' assertion of privilege, the taint team will provide an additional list of documents for which they dispute privilege to Defendants by 2/11/2019. Defendants will state any disagreements they have as to the Government's position on privilege by 2/19/2019. Defendants will submit the disputed documents with argument to the Court ex parte (and as appropriate to the taint team) by 2/19/2019. The government may submit a response by 2/25/2019. As to the privilege motion at [256], oral argument is scheduled for 2/11/2019 at 12:30 PM before Magistrate Judge Vera M. Scanlon in Courtroom 13A South.