

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Clare Bronfman, et al.
           Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Garaufis:

      The government respectfully requests an extension of the deadline to submit the update, ordered by the Court, regarding 8 U.S.C. § 1324(a)(1)(A)(iv), from today until Monday, February 25, 2019. Counsel for Bronfman has consented to this request and would like an opportunity to reply to the government's submission by no later than March 4, 2019.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Moira Kim Penza
      Tanya Hajjar
      Mark J. Lesko
      Kevin M. Trowel
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of Court (NGG) (by ECF)
      Counsel of Record (by ECF)