UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN,<br><br>    Defendants. | Case No. 1:18 Cr. 00204-NGG<br><br>**NOTICE OF APPEARANCE** |

TO:    CLERK OF COURT

PLEASE TAKE NOTICE that Mark J. Geragos of Geragos & Geragos, APC, 644 S. Figueroa St., Los Angeles, California 90017, is appearing for the Defendant CLARE BRONFMAN, in the above-captioned matter.

Dated: Los Angeles, California
       March 1, 2019

/s/ Mark J. Geragos
Mark J. Geragos
GERAGOS & GERAGOS, APC
644 S. Figueroa St.
Los Angeles, CA 90017
Tel: (213) 625-3900
geragos@geragos.com
*Pro hac vice*

## CERTIFICATE OF SERVICE

I, Mark J. Geragos, certify that on March 1, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system. Service of this filing will be made via operation of the Court's electronic filing system on the following:

Assistant U.S. Attorney Moira Kim Penza
Assistant U.S. Attorney Tanya Hajjar
Assistant U.S. Attorney Karin K. Orenstein
Assistant U.S. Attorney Kevin M. Trowel
Assistant U.S. Attorney Mark J. Lesko
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
moira.penza@usdoj.gov
tanya.hajjar@usdoj.gov
karin.orenstein@usdoj.gov
kevin.trowel@usdoj.gov
mark.lesko@usdoj.gov
Attorneys for USA

Marc A. Agnifilo
Jacob Kaplan
Teny Rose Geragos Brafman & Associates  767 Third Avenue  New York, New York 10017
magnifilo@braflaw.com
jkaplan@braflaw.com
tgeragos@braflaw.com
Attorneys for Keith Raniere

Paul DerOhannesian , II
Danielle Renee Smith
DerOhannesian & DerOhannesian
677 Broadway, Suite 707
Albany, New York 12207  paul@derolaw.com
danielle@derolaw.com
Attorneys for Keith Raniere

Susan R. Necheles
Gedalia Moshe Stern
Kathleen Elizabeth Cassidy
Hafetz & Neches LLP
60 East 42nd Street, 36th Floor
New York, New York 10165
srn@hafetznecheles.com
gstern@hafetznecheles.com
kcassidy@hafetznecheles.com

Attorneys for Clare Bronfman

Alexandra A.E. Shapiro
Fabien Manohar Thayamballi
Shapiro Arato LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
ashapiro@shapiroarato.com
fthayamballi@shapiroarato.com
Attorneys for Clare Bronfman

Justine A. Harris
Amanda Ravich
Sher Tremonte LLP
90 Broad Street, 23rd floor
New York, New York 10004
jharris@shertremonte.com
aravich@shertremonte.com
Attorneys for Kathy Russell

Hector Diaz
Andrea S. Tazioli
Quarles & Brady LLP
Two North Central Avenue
Phoenix, Arizona 85004
hector.diaz@quarles.com
andrea.tazioli@quarles.com
Attorneys for Lauren Salzman

David Stern
Robert Soloway
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Suite 501
New York, New York 10013
dstern@rssslaw.com
rsoloway@rssslaw.com

      /s/ Mark J. Geragos_____
      Mark J. Geragos