UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  - v. -

KEITH RANIERE, CLARE BRONFMAN,
ALLISON MACK, KATHY RUSSELL,
LAUREN SALZMAN, and NANCY SALZMAN,

           Defendants.

No. 18-cr-204 (NGG)

**NOTICE OF MOTION TO SUPPRESS**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, dated January 9, 2019, the Declaration of Alexandra A.E. Shapiro, dated January 9, 2019, the Declaration of Kathleen E. Cassidy, dated January 9, 2019, and the exhibits appended to these Declarations, Defendant Clare Bronfman moves this Court, before the Honorable Nicholas G. Garaufis, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order suppressing the fruits of the searches of her personal email account, and for such further relief as the Court may deem proper.

Dated: January 9, 2019
      New York, New York

Susan Necheles
Kathleen E. Cassidy
Hafetz & Necheles LLP
10 East 40th Street, 48th Floor
New York, New York 10016
(212) 997-7400

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Fabien M. Thayamballi
Shapiro Arato LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
(212) 257-4880

*Attorneys for Defendant Clare Bronfman*