## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**        DATE : **3/14/2019**

DOCKET NUMBER : **18CR204(NGG)**        FTR #  **3:36-4:33**

DEFT NAME : **Keith Raniere**        ATTY: **Marc Agnifilo/Teny Geragos/Danielle Smith**
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA    ✓Ret

DEFT NAME : **Allison Mack**        ATTY: **William McGovern**
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA    ✓Ret

DEFT NAME : **Clare Bronfman**        ATTY: **Kathleen Cassidy**
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA    ✓Ret

DEFT NAME : **Kathy Russell**        ATTY: **Amanda Ravich**
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA    ✓Ret

DEFT NAME :  **Lauren Salzman**        ATTY: **Hector Diaz (via telephone)**
__Present ✓Not Present__Custody__Bail        __ Federal Defender   _ CJA    ✓Ret

A.U.S.A : **Moira Penza/Mark Lesko/Shannon Jones**   DEPUTY CLERK :  **K. Quinlan**

**Other Rulings** : By 3/15/2019, COB, the government will update the Court as to its position on when certain recalled materials will be produced to Defendants without the child pornography. The government is expected to timely produce the materials without the e.p. material. Counsel will discuss the possibility/practicality of the government identifying custodians/sources of certain materials to be identified by defendants. If counsel cannot come to an agreement, they will raise the issue with the Court by letter in a timely fashion. The government represented that in the next few days the government will produce material related to the superseding indictment. Counsel will discuss a process for addressing privilege issues which may need to await the Court's privilege decision. Counsel will communicate with NXIVM counsel to clarify its privilege claims. Counsel will consider whether they wish to raise a privacy claims as to 8 Hale. Defendants' counsel will consult as to whether they will make to the District Judge a motion to suppress based on the timing of document disclosures by the government.