UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>KEITH RANIERE, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN,<br><br>                Defendants. | Case No. 1:18 Cr. 00204-NGG<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Caroline M. Grosshans of the law firm Hafetz & Necheles LLP, 10 East 40th Street New York, New York 10016, hereby enters her appearance on behalf of defendant Clare Bronfman in the above-captioned matter. The undersigned hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
       March 18, 2019

                                        By: /s/ Caroline M. Grosshans

                                        Caroline M. Grosshans
                                        Hafetz & Necheles LLP
                                        10 East 40th Street
                                        New York, New York 10016
                                        Tel: (212) 997-7400
                                        cgrosshans@hafetznecheles.com

                                        *Counsel for Defendant Clare Bronfman*