UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                              Docket No. 18-CR-204 (NGG) (VNS)

- against -

KEITH RANIERE,
    also known as "Vanguard,"
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN, and
NANCY SALZMAN,
    also known as "Prefect,"

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Shannon C. Jones from this point forward will be added as counsel for the purposes of privilege review matters in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Shannon C. Jones
      United States Attorney's Office (Criminal Division)
      Eastern District of New York
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel: (718) 254-6379
      Email: Shannon.Jones@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Shannon C. Jones at the email address set forth above.

Dated: Brooklyn, New York
March 20, 2019

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                          By:    /s/ Shannon C. Jones
                                        Shannon C. Jones
                                        Assistant U.S. Attorney

cc:    Clerk of the Court (NGG)