# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**          DATE : **4/8/2019**

DOCKET NUMBER : **18CR204(NGG)**          FTR # **10:27-11:40**

DEFT NAME : **Keith Raniere**          ATTY: **Marc Agnifilo/Teny Geragos**
__Present__ Not Present__Custody__Bail          __ Federal Defender     _ CJA     __ Ret

DEFT NAME : **Allison Mack**          ATTY: **Sean Buckley**
__Present__ Not Present__Custody__Bail          __ Federal Defender     _ CJA     __ Ret

DEFT NAME : **Clare Bronfman**          ATTY: **Kathleen Cassidy/Carolyn Grosshans**
__Present__ Not Present__Custody__Bail          __ Federal Defender     _ CJA     __ Ret

DEFT NAME : **Kathy Russell**          ATTY: **Amanda Ravich**
__Present__ Not Present__Custody__Bail          __ Federal Defender     _ CJA     __ Ret

INTERESTED PARTY: **NXIVM**          ATTY: **Michael Sullivan (via telephone)**
__Present__ Not Present__Custody__Bail          __ Federal Defender     _ CJA     __ Ret

A.U.S.A: **Moira Penza/Tanya Hajjar/Shannon Jones/Mark Lesko**
DEPUTY CLERK : **K. Quinlan**

**Other Rulings** : The Court discussed outstanding discovery issues, including the crime-fraud exception and 8 Hale documents. Counsel for the government, defendants and NXIVM shall consult as appropriate as to discovery of 8 Hale documents. By 4/9/2019, NXIVM counsel will provide a letter as to corporate issues discussed. By 4/10/2019, counsel will update the Court on outstanding discovery issues, including 8 Hale. Counsel will make the submissions discussed as to the redacted documents. The government will provide the Court with a copy of the 8 Hale warrants.