

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2019

<u>By ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Keith Raniere, et al.</u>
       <u>Criminal Docket No. 18-204 (S-2) (NGG) (VMS)</u>

Dear Judge Scanlon:

   The government respectfully writes in response to the Court's electronic order entered earlier today directing the government to indicate whether the government opposes disclosure of the affidavit in support of the search warrant for 8 Hale Drive, Clifton Park, New York ("Affidavit") to counsel for Nxivm. A redacted version of the Affidavit is publicly available. The government strongly opposes any further disclosure of the unredacted Affidavit for, among other reasons, the reasons set forth in the Affidavit. The government further notes that, in light of the trial schedule, the government does not intend to litigate further the issue of whether there was a blanket waiver of any potential privilege over materials recovered from the location. Because this was the premise of the defendants' request for the Affidavit, the government respectfully submits that the request is now moot.

The privilege team will continue to review the documents segregated from the recovered materials as potentially privileged and will confer with any appropriate parties regarding that review.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                    United States Attorney

By:   /s/_____
       Moira Kim Penza
       Tanya Hajjar
       Mark J. Lesko
       Kevin Trowel
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Counsel of Record (by ECF)
       Michael J. Sullivan, Esq. (by email)