UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

KEITH RANIERE, also known as Vanguard, CLARE BRONFMAN, ALLISON MACK, KATHY RUSSELL, LAUREN SALZMAN, and NANCY SALZMAN, also known as Prefect,

Defendants.

--------------------------------------------------------- x

**TO BE FILED UNDER SEAL**[1]

**ORDER**

18 Crim. 204 (NGG) (VMS)

**VERA M. SCANLON, United States Magistrate Judge:**

The Court has reviewed the privilege review team and Defendant Bronfman's proposed redactions of the Court's April 4, 2019 Order [ECF No. 502]. Counsel advises that after meeting and conferring, they arrived at an agreed-upon set of redactions. Defense counsel, however, proposes additional redactions that [REDACTED]. ECF No. 513. Defense counsel argues that such information is privileged [REDACTED]. The Government, on the other hand, argues [REDACTED] is not privileged [REDACTED]. ECF No. 511. [REDACTED]

---

[1] The Court, the privilege review team and Defendant Bronfman may have access to this Order. The Court is simultaneously filing a public redacted copy of this Order.

[redacted]

The fact that Defendant Bronfman has not asserted privilege over AAAB0013292, a chain of emails in which she is coordinating a meeting does not alter the Court's analysis. [redacted]

For the reasons set forth above, the Court adopts Defendant Bronfman's additional proposed redactions. The Court also adopts all of the jointly proposed redactions. Defendant Bronfman is to submit to the Court a fully redacted copy of ECF No. 502 by 4/15/2019.

Dated: April 12, 2019
Brooklyn, New York

*Vera M. Scanlon*

VERA M. SCANLON
United States Magistrate Judge