UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA,                           **TO BE FILED UNDER SEAL**[1]

-against-                                                            **ORDER**

KEITH RANIERE, also known as Vanguard,              18 Crim. 204 (NGG) (VMS)
CLARE BRONFMAN, ALLISON MACK,
KATHY RUSSELL, LAUREN SALZMAN,
and NANCY SALZMAN, also known as Prefect,

                    Defendants.

------------------------------------------------------------ x

**VERA M. SCANLON, United States Magistrate Judge:**

 The Court has reviewed Defendant Bronfman's April 8, 2019 submission with regard to

██████████████ [ECF No. 513] as well as the Government's April 9, 2019 response

[ECF No. 516]. The communications involving ████████████ (Bates Nos. AAB0023177 and

AAAB0030841), annexed as Exhibit A to the Government's February 27, 2019 Opposition [ECF

No. 448] to Defendant Bronfman's privilege motion [ECF No. 363], are protected by the

attorney-client privilege.

---

[1] The Court, the privilege review team and Defendant Bronfman only may access this Order.
The Court is simultaneously filing publicly a redacted copy of this Order.



Consistent with the Court's prior rulings, the emails ▮▮▮▮▮ ▮▮ exchanged for the purpose of seeking legal advice and are privileged.

The Court already determined in its April 4 Order that an attorney's initial communications with a prospective client can be privileged.  See ECF No. 502 at 17 (citing Newmarkets Partners, LLC v. Sal. Oppenheim Jr. & Cie. S.C.A., 258 F.R.D. 95, 100 (S.D.N.Y. 2009)).  Moreover, there need not

2

be a formal retainer agreement in order for an attorney-client relationship to exist. Id. (citing

Newmarkets Partners, 258 F.R.D. at 100.). ████████████████████████████████

████████████████████████████████████████████████████████████

████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████

   For the reasons set forth above, the Court finds that AAB0023177 and AAAB0030841,

annexed in Exhibit A to the Government's Opposition to Defendant Bronfman's privilege

motion, are protected by attorney-client privilege.

Dated: April 12, 2019
    Brooklyn, New York

             *Vera M. Scanlon*
            _____
             VERA M. SCANLON
           United States Magistrate Judge