

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Keith Raniere, et al.
       Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

    The government respectfully submits this letter to advise the Court that the government and counsel for Russell have no objection to the Court's full memorandum and order, Dkt. No. 528, being unsealed.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

    By:   /s/
        Moira Kim Penza
        Tanya Hajjar
        Mark J. Lesko
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Clerk of Court (NGG) (by ECF)
   Counsel of Record (by ECF)