

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MKP/TH/MJL/KMT        *271 Cadman Plaza East*
F. #2017R01840        *Brooklyn, New York 11201*

April 17, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Keith Raniere, et al.
                  Criminal Docket No. 18-204 (NGG) (S-2)

Dear Judge Garaufis:

       With consent of the defendants, the government respectfully requests an extension until tomorrow for the time to identify which questions the parties wish the Court to follow-up on during voir dire. The parties also intend to inform the Court tomorrow of their position on agreed-upon cause challenges for juror numbers 101-200.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney

                 By:     /s/
                                  Moira Kim Penza
                                  Tanya Hajjar
                                  Mark J. Lesko
                                  Kevin Trowel
                                  Assistant U.S. Attorneys
                                  (718) 254-7000

cc:     Clerk of Court (NGG) (by ECF)
        Counsel of Record (by ECF)