# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon**                              DATE : **4/8/2019**

DOCKET NUMBER : **18CR204(NGG)**              FTR #   **10:39-10:49; 10:50-11:02**

DEFT NAME : **Clare Bronfman**           ATTY:  **Kathleen Cassidy/Carolyn Grosshans**
        __Present__ Not Present__Custody__Bail       __ Federal Defender   __ CJA     __ Ret

DEFT NAME : **Nancy Salzman**            ATTY: **Robert Soloway**
        __Present__ Not Present__Custody__Bail       __ Federal Defender   __ CJA     __ Ret


A.U.S.A: **Alicia Washington/Philip Pilmer**       DEPUTY CLERK : **K. Quinlan**


**Other Rulings** : As to Ms. Salzman's documents, the Government does not challenge her assertion of privilege. As to Ms. Bronfman's documents, the Government and Ms. Bronfman have agreed as to certain documents, but the Government needs to review Ms. Bronfman's current list of privilege asserts. Counsel will speak with Mr. Raniere's counsel as to the Bronfman documents as it may be that if the Bronfman documents do not relate if the Bronfman documents do not relate to the trial, in light of the recent plea, the privilege issues need not be resolved. As to NXIVM, the Court  asked whether the Bronfman plea has an impact on other NXIVM's assertion of privilege by Mr. Sullivan or the pending appeal related to privilege decisions based on NXIVM's privilege asserted by Ms. Bronfman. Ms. Bronfman's counsel will consult with their client, Mr. Sullivan, and the privilege review team and Mr. Sullivan are to confer as to his assertion of privilege for NXIVM as to approximately 575 documents. All counsel handling privilege issues may need to consult with each other. Counsel, including Mr, Sullivan, are to update the Court by letter by noon on 4/24/2019 as to any privilege issues that need to be resolved. Counsel were reminded of the impeding trial date and the need to resolve there issues expeditiously if the materials may be used at trial.