O/F

# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 24, 2019

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Garaufis:

We write on behalf of Defendant Clare Bronfman, regarding the Government's Objections to the Privilege Orders. (ECF No. 552). In light of Your Honor's most recent order granting counsel for NXIVM a brief adjournment of his deadline to respond, Defendant requests the same extension, until Thursday, April 25, 2019 at 9 AM, to respond to the government's objections. We respectfully request this brief extension so we may consult with counsel for NXIVM, who is returning from a trip abroad later today, before making any submission to the Court. Thank you in advance for your consideration.

Respectfully submitted,

/s/

Kathleen E. Cassidy

cc:   All counsel (via ECF)

Application granted
So ordered.
s/Nicholas G. Garaufis
4/24/19