APRIL 9, 2019 AT 2:00 PM

BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 18-0204
USA V. RANIERE, ET AL.
1 HOUR IN COURT
COURT REPORTER: ANNETTE MONTALVO

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. KEITH RANIERE | MARC AGNIFILO / PAUL DEROHANNESIAN, II |
|  | TENY GERAGOS |
| 2. CLARE BRONFMAN | MARK GERAGOS / KATHLEEN CASSIDY |
| 3. KATHY RUSSELL | JUSTINE HARRIS / AMANDA RAVICH |

AUSA'S: MOIRA KIM PENZA / TANYA HAJJAR / MARK LESKO

JURY SELECTION HELD; PROSPECTIVE JURORS SWORN; THE COURT GIVES IT'S PRELIMINARY STATEMENT TO THE PROSPECTIVE JURORS. QUESTIONNAIRES GIVEN OUT TO 250 PROSPECTIVE JURORS. THE VOIR DIRE BEGINS ON MONDAY, APRIL 22, 2019.