

U.S. Department of Justice

United States Attorney
Eastern District of New York

TH
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

June 4, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
             Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to request a two-day extension of the deadline to submit proposed jury charges in the above-captioned case, from tomorrow, June 5, until this Friday, June 7. Counsel for the defendant consents to this request.

                        RICHARD P. DONOGHUE
                        United States Attorney

            By:   /s/
                    Moira Kim Penza
                    Tanya Hajjar
                    Mark J. Lesko
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       Counsel of Record (by ECF)