AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 18-CR-204 |
| Clare Bronfman | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   04/19/2019

*Defendant's signature*

*Signature of defendant's attorney*

MARK GERAGOS
*Printed name of defendant's attorney*

s/Nicholas G. Garaufis
*Judge's signature*

*Judge's printed name and title*