# Exhibit A

Case 1:18-cr-00204-NGG   Document 1134-1   Filed 10/08/21   Page 1 of 15 PageID #: 20920

August 29, 2021

Dear Judge Garaufis,

Respectfully, I write to support my mother, Nancy Salzman, because I occupy a unique position as both her daughter and codefendant. Also, I feel my prior relationship with Keith Raniere and NXIVM provides me with relevant information.

It is appropriate to be angry at people who commit crimes and hurt others. Sometimes people involved with and victimized by criminal organizations are satisfied with simple explanations for what went wrong. They want more than anything to exorcise their outrage, to move on and try to heal. However, often the actual events that took place don't support the dominant narrative. For someone involved with NXIVM (like me), it is excruciatingly painful (and humbling) to spend time unraveling how we could have participated in the criminal events, and to achieve an accurate understanding of our personal responsibilities.

In the complex system of abuse in which my mother and I participated, what happened is not cut and dry. How it happened is complicated, as were many of the people involved. Less complicated, however, is to step forward and accept the truth, saying, "I did this and that wrong deed, and I accept responsibility." The number of people who have taken this step, in relation to the universe of culpable actors, is relatively few. But Nancy is not among them.

My mother stood up shortly after our arrests, and upon learning the fast-emerging truths of what had happened, she spoke the truth to her co-defendants. She acted decisively on her belief in what was being revealed, instead of spending time, as had been our practice, demonizing our critics and weaving complex defensive narratives. She pleaded guilty, and in so doing, changed the course of the case, by forging a path for others to do the same.

The truth is that many hundreds of people actively promoted Keith and his initiatives for years and reaped significant financial and other benefits. Many were fervent supporters championing his rise to power from which perch he did significant damage to many more people than would have been possible had he not enjoyed broad support. Although the group that conceived and carried out illegal activities was smaller, very few have owned up to their participation as perpetrators as readily as they don the victim's cloak. Some of us have rightly been held to task for our conduct, both in public and in a court of law; but I think it is easiest to view the six of us charged as the full complement of "bad guys" now brought to justice, which is hardly the complete picture, and fails to serve the interests of relating the whole truth.

My mom has taken responsibility. When she appreciated the enormity of what she had participated in, she was quick to decide what was right, and do it. She not only pled guilty, but she offered to help the prosecutors. She urged me to do the same, knowing full well that some of the information I would share would implicate her in criminal activity. She urged this upon me anyway because she believed it was the right thing to do and because she felt responsibility

and shame. So, I made my own personal decision to follow her advice and cooperate with the government as best I could.

Some people think we pled guilty for the sole purpose of getting ourselves off the hook, but there is no off the hook in our situation. We struggle every day with personal issues relating to the abuse we suffered at Keith's hands, someone we trusted implicitly and idolized. More so we carry guilt and sadness for helping support his corrupt agenda, and know that we, in positions of authority at NXIVM hurt people who trusted us. There are former members who with good reason aggressively scorn us. But many others have simply managed conveniently to forget their own complicity and their own commission of crimes in Keith's service. We case defendants faced public shaming and continue to be shunned and scorned. I believe these consequences of the case will never completely go away. We've lost our whole community. We have lost respect. We have lost our belief in ourselves, and in people we trusted and revered. There is no off the hook. I question whether I will ever have the ability to fully recover, and as my mother and I have talked about it, I know she feels similarly.

Many will rightly say that we brought all of this upon ourselves and that we deserve whatever pain and punishment is visited on us. But for my mother, from very shortly after her arrest (and not to get off any hook), she posed the question, "What must we do to make it right; and what may I do to make it right?"

My mom is a good person. That cannot also be said of Keith. As co-founder, titled Prefect, and NXIVM President, it is understandable she is cast as Keith's right-hand woman, and, as such, presumed to have been completely on board with his many criminal schemes. But while she and Keith were the co-founders of the entity that would become NXIVM, she did not systematically lie, mislead, and take advantage of people in pursuit of demented pleasures, as has been revealed to be the chief focus of Keith's life.

So, while it's easy to over-simplify and to cast Nancy as Keith's right-hand woman, on board and his partner in every crime, Keith was too clever to let Nancy know anything at all about his most depraved project, DOS, and she did not know. Moreover, Nancy was abused by Keith just as he abused everyone within his orbit. He came into her life at a vulnerable moment for her and convinced her that what he could offer her was far more valuable than anything she had done in the past or could do on her own in the future. He scammed her into leveraging her life savings and the good will she had built over her long self-made career to support a notion that he, the "smartest and most ethical man in the world," had what was needed to help humanity rise to its greatest potential.

Honestly, Keith's stated objectives for a more noble human existence was a beautiful vision, so compelling that almost 20,000 people embraced it. And he, the master craftsman that painted this picture, was so good at what he did that before 2017 only a handful of people were able to divine that he was not who he purported to be. Unfortunately, individuals who rightly became disaffected with Keith before his arrest were attacked viciously and written off as scorned lovers, disaffected ex-employees, controlling parents of the more privileged and sheltered

NXIVM members, some of whom had themselves engaged in highly questionable, if not overtly criminal conduct, so it was difficult to discern that, at bottom, they were telling the truth versus being vindictive, as was fed to us loyalists.

When there were defections of ranking members and demands by them for money in return for services rendered, it was characterized as extortion and an attack on the organization. They were branded enemies to be shunned, and we were the good guys.

Behind the scenes Keith fired most of the executive board blaming us for not handling things better and we believed not only that we had destroyed his organization because of our shortcomings but that we owed it to him to fix it. He installed a new "business building" board with Clare at the helm and closed my mom out of all NXIVM operations. From then on, even though we had board meetings in her house he refused to let her attend. Later, he moved the location of the board meetings to Clare's house and would scold me if I even let my mom know about them. When asked why, he was quick to anger and pointed to limitations he perceived my mom to have that he insisted were bad examples for the organization.

In the instances that she was allowed to attend meetings, he refused to look at her and if she spoke he would discipline her for interrupting him or requiring him to expend additional effort on her behalf. He constantly humiliated her in front of others and made her feel that she was stupid. My mother was often exhausted because of how hard she worked, but Keith insisted that her need for rest was out of weakness or an indulgence. Additionally, he required that she stay up late at night to work with him and wake up early to cook him breakfast each morning before he went to sleep for the day. At times, her fatigue was so pervasive that she would fall asleep anytime she sat down. He would then discipline her and point out to others how "disintegrated" she was that she couldn't even stay awake while he was speaking. He even went so far as to write into the curriculum how my mom's coffee drinking was a dependency and demonstrated a lack of personal evolution. Not surprisingly he failed to include the multitude of other caffeinated and energy enhancing drinks that he consumed daily.

When DOS went public, he forbade us from telling Nancy anything outside of the cover-up story he had crafted. She did a lot to try to find out what was going on, but he, both to her privately, and then in a public forum for high ranking NXIVM members, denied all knowledge of DOS and its creation. He subsequently advocated for the benefits of what he explained away as some kind of "edgy" and "character building" group and published a public statement to that effect online. Then, since Allison and I were the only members of DOS that were mentioned publicly, he let us take the full public hit for DOS, both inside and outside of the organization. As a result, my mother believed that through my impulsiveness and lack of critical thinking, I put her entire company and reputation at risk. This almost destroyed our relationship.

When Keith went to Mexico in November of 2017, he cut communication leaving us alone to navigate the media explosion and the unfolding investigation that would become this case. It was only then that I finally told my mother that DOS was started by Keith, but she didn't truly learn the DOS story until the trial.

Having said this, very quickly after we were indicted and became privy to the case discovery, my mom began to see who Keith really is. She saw it before I did and was instrumental in helping me come to grips with reality. She pushed me to plead guilty and supported me in my cooperation agreement. We both felt strongly that the right thing to do was to take responsibility, tell the truth about what happened and try to help resolve the case. I know we both still stand by that decision.

Since my decision to plead guilty and change careers, my mom has been nothing but supportive. She has helped me emotionally and financially to restart my life. She has assisted me in pursuing meaningful counseling and ongoing education in my new field of work. She has made sure I have had a place to live. She has spent the greater part of the last 3 years facing her own major health issues, while managing the medical care needs for both her parents who have steadily declined in health throughout this case. My grandfather passed away recently, but up until the end, taking care of him was an enormous job. He was completely bed ridden for the last year of his life and my mom served as his nurse and care manager. Without her, he would have certainly died after a heart attack he suffered last summer. Because of her care, we were able to have an extra year with him, and he was able, as he deeply wanted, to spend his final year in his home with his wife.

My grandma is in the midst of declining mental health. She has lit fires in her home several times. She has fallen and cut her head open twice. She requires round the clock care and can't be left unsupervised. She now often forgets who we are and how we're related to her. Even though care aides help, my mother is my grandma's main caregiver. Without her, my grandma, who just lost her husband of 72 years, would be in a nursing home unable to receive any visitors due to covid.

I believe that if you look at how my mom has spent her time on home detention, you will see her true nurturing and supportive nature. This is the core of who she is and has always been. Yes, some angry voices have risen against her, and it is true she made some poor – even morally deficient and criminal -- choices, but the majority of them were grounded in her belief in Keith's essential goodness, and her wrong-headed view that his ideas would promote greater happiness and decency for humanity. Also, she is truly repentant, and trying to be the strong one for our entire family. Given her personal regret, her fear of being separated from her loved ones, including her newborn grandson and failing mother, and worrying over her own serious health challenges, she still pushes forward. She works, maintains family connections, and tries to integrate into her life the tragic truth of what NXIVM turned into, and to deal with it responsibly. That is the kind of person she is.

Thank you for your time and consideration of my perspective.

Respectfully,

*[signature]*
Lauren Salzman

Dear Judge Garrafas,

My mom is the definition of care and love. She is gentle, kind, and generous to a fault. She loves people. She loves helping people and has built her whole life around it. She would say, when describing herself to others that she is just a Jewish girl from New Jersey who became a nurse. This was her start, though she has developed into a person devoted to bettering others. She has searched for the best ways to do this my entire life. Whether it was nursing, psycho-analysis, NLP, Kundalini yoga, or even guardian angel workshops, the underlying theme is her devotion to finding the best tools to help others. She has been a teacher mostly ever since I can remember- always looking to better herself so she can better others. She was constantly traveling and seeking teachers and education. It takes a person with true kindness, and true grace to dedicate their life to bettering others.

For my whole life my mom has been my touchstone. She has been the person I have looked to for all the answers to my questions. She has helped me look for options when I saw none. No matter how busy she was helping others, she always made time for my sister and I. She would give up everything she had for us.
When I was in elementary school I brought my friends to her to help them with their questions and troubles because to me, she is has and always will be the light. These friends always told me I was the luckiest to have a mom like her, that they were jealous of our relationship, but it was natural for me. I was always proud they loved her too. She has dedicated her whole life to helping people.

This has been without question, most difficult time in her life. I believe when she met Keith Raniere, he took advantage of her belief in him. She was going through a divorce with my stepfather and was at a low part in her life. I think Keith sold himself as her answer and used her kindness, her dedication to others, and her tireless work ethic to further his own agenda. She saw him as a teacher, a friend and a guide. Over the last 20 years and the start of ESP, she has reached thousands of people for the better. I think so many people gravitated towards her because they saw her as a friend and helper, someone that wanted to help them improve. It would be a tragedy if she wasn't able to continue to work with people. To take away her life's work would be a very sad thing for the world.  Thank you for your consideration.

Sincerely,

Michelle Salzman

June 6, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

My name is Renee Krul. I have been a registered nurse for over 40 years, having worked in multiple acute care and outpatient settings. I was the recipient of several national awards for my case management work with people with long term disabilities and individuals with the birth defect, Spina Bifida. I am also a Health Information Management Professional and a certified clinical coder. Several years back, I started a business that performs clinical reviews for hospital providers and managed care organizations to verify the accuracy of diagnosis and procedural coding related to acute care hospital stays. The purpose of our efforts is to assure compliance with Medicare/ CMS regulations for revenue integrity within the purview of fraud, waste and abuse prevention. I perform volunteer and charitable functions as well by being on the Executive Board of a non-profit organization, The Oscar and Ella Wilf Campus for Senior Living in Somerset, New Jersey. I also serve as the President of the Board of their hospice organization, The Martin and Edith Stein Hospice.

In a professional capacity as an experienced nurse case manager, I have guided and assisted Nancy Salzman in the planning and coordinating of her parents' complex care needs. At times when Nancy was without any assistance with her constant caregiving responsibilities, I have also stepped in to help her. Nancy has taken on an extremely challenging situation and has approached it proactively and consistently with great care and compassion. She single-handedly assumed this entire responsibility and has never wavered in her devotion to it despite the tiring and unpredictable challenges that inevitably arise. Although Nancy has an older sibling, she has clearly expressed her inability to assist Nancy with this.

I am writing today primarily as Nancy Salzman's first cousin. I am one of few people who can say that I have known Nancy my entire life and most of hers. She is two years older than I am. Our mothers were sisters and we grew up essentially as 4 sisters together with our own sisters, respectively. We were together a minimum of once a week for an entire day at our grandparents' house and usually more often than that. We shared all life events and we even shared clothes.

Nancy always treated me with such patience and kindness. I was the youngest of the "4 girl cousins" and as such was sometimes the likely underdog in our child's play activities. I was a child who stuttered severely at times, which was something that caused me great anguish most of my earlier life until my own persistent self-help efforts led me to essentially overcome it in my fifties. Nancy always showed such compassion and tenderness towards me, much more so than even my own sibling did. She often spent time with me to do relaxation exercises and to try to help my have greater self-understanding that would facilitate my recovery as a person who stuttered. She has a special interest in helping those who stutter even to this day.

We both chose to become nurses and I followed her to nursing school for the comfort of being near her. She welcomed me and made sure I was introduced immediately to the support resources at the school. When Nancy graduated, I left the school and transferred elsewhere to be closer to my own sister who was still in college pursuing a graduate degree. But no one would ever be like Nancy for me.

We were in each other's wedding parties and we came to each other to help and share the joy each time one of us had a new child. Nancy was my anchor and a role model for maintaining a positive attitude and striving for self-reliance, regardless of the presenting challenges.

She was and is a constant in my life in the same positive and unconditionally loving way as she always has been. We have held onto her closeness. Even with some natural gaps of contact that can occur during active careers and child rearing, we always re-connected seamlessly. At this point of my life at age 63 and having lost my mother very recently, I turn to Nancy as I always have for her wisdom, trustworthiness, compassion and her genuine loving nature that I have never known to this extent from another family member or true friend. She has blossomed into a more mature and seasoned version of the same strong, endlessly giving and emotionally intelligent woman that I have always known and loved deeply. People turn to her for help and compassion and she is eminently talented in providing truly professional and empathic guidance. It is who she is at her essence to continue to benefit others in this way. Throughout all of her recent legal struggles and personal heartbreaks, Nancy remains true to her nature. I am ever grateful for Nancy Salzman.

Thank you for taking the time to read my letter.


Respectfully yours,

*Renee Krul*

Renee Krul
35 Pine Lane
Springfield, New Jersey 07081

Milton Loshin
51 Stratford Terrace
Cranford, NJ 07016

July 4, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

My name is Milton Loshin, I am Nancy Salzman's father. I am 93 years old, I have end stage heart disease, pulmonary insufficiency, renal failure and I suffered 3 major fractures and surgery in the past making it difficult if not impossible for me to ambulate. My daughter Nancy has been helping my wife and myself for the last 2 years, living with us more than in her own home. I have been on hospice at home for the last 12 months after a 10 day hospitalization suffering a major heart attack and pneumonia. I wanted to go home more than anything, I would have rather died than to go into a facility. With a 72-hour prognosis, my daughter Nancy took me home from the hospital and immediately made herself totally available to me arranging every aspect of care available. She personally provided 24 hour a day care for months, coordinating my hospice, private doctors and my veteran's administration nurse practitioner, and eventually added private nurses and aides, offering oversight and creating a plan of care for me. Nancy shopped and cooked our meals, did our laundry and administrated my medications, treatments and handled my business matters.

There is no possible way I could have been provided better care. I have had no complications of bed rest and my condition stabilized against all predictions. Whenever there were difficulties presented Nancy managed

them before there were complications. None of my doctors or healthcare providers predicted that I would still be alive today or anywhere near this amount of time.

As my wife's needs have increased due to increasing forgetfulness, Nancy was here to notice and has made sure we are never alone. There is no other family member who has the ability or the willingness to maintain us in this safe and comfortable situation. It is my greatest hope to live out my days in my own home with my family by my side. But for Nancy, I could not. I am so grateful for all she has done and it is my request your honor, that you allow her to continue to be at home with us, caring for us and loving us. My daughter is a constant source of hope and joy for me. She never complains or acts like we are a burden. She is a kind and loving daughter and I am proud to be her father.

Thank you in advance for any consideration you may give to my comments.

Sincerely yours,

Milton Loshin

Lorraine Loshin
51 Stratford Terrace
Cranford, NJ 07016
July 4, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

My name is Lorraine Loshin, I am Nancy Salzman's mother. I am 92 years old. I would like to share some things about my daughter that I hope you will consider in your evaluation of her. From the time Nancy was a little girl she was a caring person who always wanted to help those around her. She started caring for me when she was 6 years old and I was bedridden for 3 weeks. She got up each morning and emptied my bedpan and brought me food. It was no surprise that she chose to go to nursing school.

In the last 3 years, as we began to age and things started to slip around the house, Nancy noticed and stepped in. She began shopping with me and cooking for us, taking both of us to our doctor's appointments helping with medical decisions and doing our book keeping.

As my husband's health began to fail, Nancy spent more and more time with us, taking him to his doctor's appointments and administering his medications. In June of 2020 when my husband had pneumonia, Nancy was here in those critical moments and she called an ambulance. He was having a heart attack in the ambulance on the way to the hospital. This decision actually saved his life. They admitted him to the cardiac lab and performed a procedure where they inserted 2 stents.

Nancy has been with us almost continuously for the last 18 months.

When my husband feels anxious he calls for her, she has a calming effect on him. She takes care of all of our needs, shopping, cooking, giving my husband nursing care and she provides all the information that we wouldn't know how to do. She solves all of our problems.  We wouldn't have been about to stay in our home of 70 years if not for Nancy and all she has done.  This was our wish, to stay in our own home and not go to a facility. I love my daughter very much and would ask for you to give her any consideration you can so that she can stay with us and continue to provide a loving environment. I do not believe we can survive without her help at this juncture of our lives.

Thank you in advance for your consideration. I believe my Nancy is one in a million.

Sincerely,

Lorraine Loshin

**From:** **Ben Myers** benxmy@gmail.com
**Subject:** Letter for Your Lawers
**Date:** August 15, 2021 at 4:23 PM
**To:** Nancy Salzman nsalzman5@gmail.com



August 15, 2021

Benjamin Myers
7 Grant Hill Road
Clifton Park, NY 12065

Dear Judge Garrafas:

My name is Ben Myers and I'm currently the senior director of product for a music technology company. I'm married to Michelle, Nancy Salzman's daughter, and I've known Nancy for almost 20 years now. Nancy is one of the most caring, positive, and tireless people I've ever met. I've always experienced her to be concerned with helping those she can help. She believes in the good in people and she cares about making peoples' lives better.

I can say without hesitation that the quality of my life is better than it ever would have been had I not met her. As a direct result of her help and the time and effort she put into my life over the past 15 years I have a better relationship with both of my parents (with whom I've had a difficult relationship for most of my life), I have a much better relationship with my sister, and I feel better about myself than I ever did before I met her. On a more specific level, she directly helped me overcome a self-destructive, obsessive pattern which alone is beyond describable value to me in my life. I believe I'm a better partner to my wife because of her, a better father and uncle, a better son and brother, a better peer and coworker, and a better member of the communities I am a part of because of the time and energy she put into my life.

Over the past two years, Nancy has spent the vast majority of her time as the primary, live-in caregiver for her parents, who have become physically and mentally incapacitated and require full-time care. She has spent very little time at home with her children and new grandchild so that she can provide her parents with the best possible quality of life at this stage in their lives. With her nursing background, she was the only person in her family who could provide the level of care necessary for her parents to be able to stay safely and comfortably in their home over the last two years. It has been an extremely exhausting challenge for her, both physically and emotionally, and there was certainly no one else in the family equipped to handle both the physical situation as a caregiver and the management of the other nurses and doctors her parents have required. Her commitment to their care is far beyond what anyone could ask or expect of someone, yet she does it tirelessly and with full commitment and a deep resolve.

I provide these examples from a position of a unique relationship with Nancy as her son-in-law, but I believe they are simply representative of how she has influenced many, many people in the same way -- people who are not part of her family, towards whom she has no obligation, and from whom she will get no direct value in return. People in her life benefit greatly from the time, thoughtfulness, and effort she puts into them, and those people in turn positively affect the people around them, and I think that is a hugely important thing in the world today. My life is better because of her and I believe she brings an incredible amount of positive value to the world. I hope she can continue to do so far into the future.

Sincerely,

Ben Myers

July 11, 2020

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

I have known Nancy Salzman for over 42 years. We are cousins by marriage; my wife Renee is her first cousin.

Over the past several months I have had the opportunity to spend time with her locally in her parents' home on a number of occasions. Nancy had stepped up to the role of primary caregiver and care coordinator for her aging and ailing parents and as such she has been in New Jersey on a regular basis.

Most recently her father became critically ill and needed 24 hour care while her mother required constant supervision and assistance to ensure safety. Despite those challenges, their greatest wish was to remain together in their home of 70 years. The sheer complexity of ensuring such arrangements would have made that an unachievable goal for almost anyone, even those with medical training. Nancy has mastered these challenges beyond expectations.

I had the opportunity to overhear frequent and ongoing conversations between Nancy and my wife, who is a very experienced nurse care manager. The challenges of coordinating multiple services and equipment needs, communication and proactive care measures were more suited for an entire health care team typically available in a residential facility.

Nancy's devotion and skill is truly something to behold. The comfort, safety and contentment of her parents are an attestation to her devotion, patience and skill. Her dad has improved beyond all expectations and her mom's fears of being displaced from their home have been allayed by Nancy's presence and the sense of security she has brought to them.

There truly is no one else in the family who had the ability to do this, let alone with such skill and wonderful results. I was moved to see the quality time they were all able to have with each other and with visitors in the place that meant the most to them, their home.

Nancy sacrificed so much time and exhaustive efforts to do this, all the while remaining focused, calm and caring. I have heard her describe it as an honor to do this for her parents. As a physician, I know how rare of a gift this is. My wife has known Nancy closely for her entire life and tells me that this is "who Nancy is" and always has been.

Thank you in advance for your time in reading my letter.

Respectfully,

Geddy J Krul MD
381 Chestnut Street
Union, NJ
908-688-8007