# Exhibit B

June 8, 2019

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

My name is David J Ashen and I reside at 54 South St, in the village of Rhinebeck, NY. I am the president of an interior design firm in NYC called dash design, inc. I am writing this letter in Support of Nancy Salzman.

I have known Nancy Salzman since the late fall/winter of 2001, and since that time Nancy has been a client, mentor, teacher and has become one of my closest and most trusted friends. I first met Nancy when she hired me to do some design and branding work for her company. At the time I was a principal in one of the largest independent branding agencies in the US. I was also suffering from anxiety and depression and on a cocktail of medications. Nancy took me on and became my mentor helping me develop certain key personal and business skills which allowed me to open up my own design agency in 2003. No matter how busy she was, she always found time to meet with me, work with me and guide me. I soon discovered that she wasn't paying special attention to just me, but that this was (and is) Nancy's nature…she has an unstoppable drive to help people. In the eighteen years that I have known her I have never seen this change, even when she has been under extreme adversity.

In 2013 a dear friend of ours (Barbara Jeske) was diagnosed with glioblastoma, a devastating cancer of the brain with a very low survival rate. Nancy took it upon herself to partner with Barbara and help her navigate a complex medical system and made sure that she got the best of care. I was part of a small group of friends that had the privilege to be with Barbara during this time (at Barbara's request), and I watched with amazement how Nancy was with Barbara every single day of her last year of life; flew with her to multiple appointments at Duke University (one of the best medical facilities for this disease); slept in her hospital room after surgery(s); made sure she got her treatments and her medicine every single day; and at the end, made sure Barbara could remain at home and die with dignity. The folks from hospice told us they had never seen someone taken care of so well. Nancy did this while still maintaining her responsibilities with her company, teaching classes, and coaching the folks she worked with. Again, this is an example of Nancy's empathy for others and her commitment to the people in her life. This is only one of many stories.

I truly believe I would not be the success that I am today without the support and guidance of Nancy Salzman. Because of her work with me I have grown my business to a very successful global design firm with projects from Shanghai to LA, I am widely published, and I am a sought-

after speaker at hotel design conferences. I am also on the board of directors of two national foundations, for which I am proud of. Furthermore, I would also like to say that I have been off all anxiety medication for sixteen years, and have been in a successful personal relationship for almost twenty years. I am a much better person because of Nancy Salzman and how selflessly she supported me, and want to it make clear that this was often done outside of the NXIVM coursework and with no financial compensation for Nancy. She always was there for me and for the many people who were around her.

There is no-one who I have encountered in my 52 years that has more compassion for humans and a drive to help people with such selflessness than Nancy Salzman.

Please feel free to contact me if you would like to have any more information on my experience of Nancy.

Regards,
David J Ashen



Mexico City, July 9th, 2021

Your Honor,

I met Nancy Salzman in 2008 when I attended, first in Albany, NY, and after in Mexico City, some of the executive courses that NXIVM provided.

I became very interested in this kind of education, because of its positive impact in solving, in a few days, psycho-emotional issues that I had struggled with for years. Therefore I became an active member of the organization for almost three years. Until my professional obligations demanded more time and commitment and I decided to stop dedicating time to NXIVM.

Needless to say, I became very angry, disgusted and disappointed with the events that unraveled almost a decade later. I never imagined that Keith Raniere, and seemingly a few others, people who seemed to care for a better world, would reveal themselves as abusers of others and immoral beings, damaging irreversibly a whole organization of well intended women and men. This has been a very hard blow, personally speaking.

But I want to dedicate a few lines to set Nancy Salzman apart from that group of wrongdoers. I went to law school and am aware of the different kinds of proof in judicial procedures. In this case, I will rely solely in my written testimony, which bears the absolute truth from a personal judgment of character, based on direct experience, human being to human being.

My first contact with Mrs. Salzman was through the videos that the courses I refer to used as part of their pedagogic methodology. She seemed a highly energetic and positive kind of person in those videos, very engaging, a good presenter and teacher, very articulate and with a clear mind.

And then I met her in person.



I will never forget the first time I met her face to face. She was the most warm and friendly person I had ever met. The difference from the screen to the flesh and bone was shocking in a good way. I´m a 47-year-old media producer and communication strategist (*Komunika Veritatis* is the name of my company), so I meet lots of people, of all kinds, and conduct in depth interviews for shows and documentaries, so I can say without a doubt that in my experience, the way Nancy Salzman conducts herself is very peculiar, unique. To put it in one sentence, I would say: a transparent and ethical soul. I know that external impressions can be deceiving, but the way I'm trying to describe her is based on many experiences, direct and indirect, that have provided me with enough evidence of a consistent behavior in terms of thought, word and action.

From 2008 until 2010, I may have had at the most 10 deep and personal talks with Nancy, as I call her. She was always super busy. But I participated in many events where she addressed groups of participants in courses or special events. Sometimes, I would also watch her from a distance to observe her behavior. And in every one and each of these moments, whether a one-on-one talk or a public event, Nancy was simply Nancy, always approaching people with a smile in her face and also in her heart. Always caring. Caring may be the word that best describes her. She cares deeply for people, and people respond in kind. That's what I witnessed about her whenever I was in the same room.

It doesn't matter if it's a brief interaction of only a few minutes, or a longer private encounter, or a group session, her mission is always there, in thought and action: to use all her knowledge, energy and professional abilities to make people happy. That's how I would summarize her life mission. And that's all the evidence I've ever had from her behavior, directly or indirectly through the reference of third parties.

When I stopped attending courses, I remained working on and off from Mexico with filmmaker Mark Vicente (an active member of NXIVM), for a documentary about the violence in Mexico and how to put an end to it. In those days he kept me informed about Nancy, from time to time I would drop a line or two to her just to say hello. I knew she was always working 24/7, almost no sleep. I knew she was well respected inside the organization and I only heard good things about her, also from friends and colleagues who know her and have worked with her.

Your Honor, I´ve known Nancy Salzman since 2008, I lost direct contact for many years as I´ve explained, but have remained a long distance friend of hers; yes, I proudly consider myself her friend.

2



We never spoke directly after 2010, as I recall, until the last quarter of 2020 when I reached out to her to see how she was doing with all the legal problems and personal difficulties that a process like the one she is experiencing brings with it.

After a first phone call we had a second one, and very soon she was relating me her personal vision of the struggle she is experiencing in a high and positive spirit, a struggle she is trying to learn from, to grow from and to live it even with tenderness and self compassion, because on top of everything she is now taking care of both her parents, who are in their 90s and have health problems, specially her father, who I met briefly through a video call someday in October 2020; a sweet and kind man who by the way shares birthday with me, in January 19th, funny coincidence.

Nancy and me have been talking on the phone after that first call I made last year. I´m just impressed that someone who may have lost so much in terms of her lifework, her company, her reputation, and even her health (a battle with cancer), still maintains intact her smile and principles and devotion to helping others; as anyone can witness in her commitment to her parents, and even to me, as she keeps asking about my life and my personal issues to see if there is a way she can help me or advise me.

And she did it! Once again, as she did back in the years when I met her. In the middle of the struggle she is facing, she helped me a lot at the end of 2020 and beginning of 2021 with a complicated personal situation, and thanks to her advice and skills I solved an emotional struggle I was not being able to overcome, and now my life is again full and rich in love and harmony.

So now, in this crucial moment for her, when her sentencing is about to be dictated, I feel deep in my Mexican heart the moral obligation to do anything I can to help Nancy Salzman receive a favorable consideration from you part, Your Honor, regarding the judicial process she is facing.

I cannot say anything about the process because I'm ignorant of the details, but without a doubt I can tell you that this woman is a force for good in our world and she should be allowed to continue helping people live in joy, as she has so many times done in the past.

3



I´m nobody important, I don´t have money or political power. But I'm daring to appeal to your humanity and wisdom Your Honor, through these words from a simple man that vouch for a person that I consider as valuable as the sunlight.

I hope, Your Honor, that my testimony is taken into consideration, and that Justice is served.

Best regards,

**Antonio Cervantes**
*Komunika Veritatis*
M. +52 55 1249 1656

August 13, 2021

**Under Seal for Addressee**

**Dear Honorable Judge Garaufis:**

I hope this letter finds you well. My intent in writing this letter is to give you my honest perception and experience of Nancy Salzman.

I met Nancy in 2007 in my first ESP classes. I was fortunate enough to have spent time with her as a personal friend and as a professional coach/mentor. Before I continue, I want to say that *how* she was with me as she helped me, was in the most caring and sweet way. I believe this trait along with her empathy and her ability to try people on, is what makes her such an effective professional in her field, and also a good human being.

I will start by saying that I believe that I have a better relationship with myself today than at any other point in my life. This is the effect of many things that I've worked on throughout my life, but almost all key issues I was able to overcome thanks to Nancy. From issues like financial dependency, anger with my parents, self-forgiveness, marriage and many other personal struggles.

Thanks to the work I've done with Nancy, not only do I have more self-awareness, but I've been able to help others overcome their own struggles and become a better friend, son, brother and husband. The summarized story that I describe in this letter is not unique, I'm sure you will receive many other stories of people who have been fortunate enough to have received her help and mentorship. I always felt I left the sessions with more options, a broader view of life and feeling better about myself and others. Everyone that I saw her work with, or that they shared their experience with me, expressed something similar.

I have a deep respect for Nancy's drive to help others and I have always seen her as a force for good. I never had an experience with her where her intent was questionable, on the contrary, the more I came to know her the more I was inspired to learn, better myself and be more helpful.

Nancy's deep knowledge of human psychodynamics and experience with multiple human performance and psychological techniques, led her to achieve remarkable results with people with complex issues like Tourette's Syndrome. She's helped and inspired hundreds of people. I truly believe the World is a better place with Nancy, I can certainly say mine is.

For all of this I will always be grateful to my friend Nancy Salzman. Your honor, I humbly ask for leniency in her sentencing.

Kind regards,

*[signature]*

**Michel Chernitzky**

CONFIDENTIAL

August 20, 2021

The Honorable Judge Nicholas Garaufis

Federal District Court Judge

United States Courthouse

225 Cadman Plaza East

Brooklyn, NY 11201

**Re: Nancy Salzman Federal Sentencing**

To the Honorable Judge Garaufis,

My name is Kim Constable and I am writing this letter as a testament to the character of Nancy Salzman.  I am a professional bodybuilder, mum of 4 and CEO of a multi-million dollar fitness company.  I am hoping that by telling you my experience of Nancy in this letter, that you might have a deeper insight into her character.

I first met Nancy 17 years ago when I flew to Albany  to take a course with Executive Success Programs.  From the minute I met her, I knew she was the kind of person whom I aspired to be like.  I had never met anyone so thoughtful and kind, who seemingly had boundless energy to help and support people.  Even though there were hundreds of people clamouring for her attention every time she came into the centre, she always had a smile, a moment, and a kind word for everyone.

I didn't have the opportunity to get to know Nancy well in the first couple of years of our acquaintance, simply because I lived in Belfast and she in Albany.  However, even though she had no reason to do so, she helped me through some pretty tough times when I was struggling in my marriage and with my young children.  I remember one particular day when I was having a very hard time with my husband, I went  to her upset!  But rather than tell me she didn't have time, she squeezed me into her incredibly busy schedule, so she could help me through our issues.  She managed to help me to find a way forward in my marriage, which I believe, ultimately saved it.  Over the years and to the present day, Nancy has continued to support Ryan and I in our marriage, acting as a marriage counselor on many

occasions. I honestly believe that without her, we may not still be together, let alone have the strongest marriage I know.  She is one of the kindest people I have ever met.

However, as I got to know Nancy better, I could tell that she was nervous around Keith Raniere.  It struck me as odd.  Everyone in the company looked up to Nancy as the co-founder.  But yet it never seemed to me that Keith treated her with the respect that she was due.  To me, an outsider looking in, it seemed that Keith got all the credit in the company, but Nancy did all the work.  She worked like a dog around the clock, day and night, coaching, mentoring and running the company while Keith swanned about being driven around by his various women friends, and playing volleyball at odd hours of the night.  Nancy was treated more like his high level PA than his business partner.

When Keith was in the room Nancy turned from a strong and comforting presence, to a nervous, jittery woman trying her hardest to please him.  She would bring him food, tend to him and make him comfortable.  If a smoothie or drink was brought to him with the incorrect ingredients it would be sent back.  He never seemed particularly grateful, only that he was getting exactly what he was due.  This kind of servitude just didn't sit well with me.  I take care of my husband because he, in return, takes care of and protects me and our children.  I never ever saw Keith Raniere take care of Nancy.  In fact, I would go as far as to say he did the opposite of care for and protect her.

He didn't seem to mind that she survived on as little as 4 hours sleep most nights and drank copious amounts of coffee just to stay awake and function.  He seemed to want her in a slightly stressed, overworked mode of operation.  Many times I saw her verging on delirium through lack of sleep.  Nancy never, it seemed, had time to sit and think.  Time to reflect.  Certainly no time for herself and her own pursuits.  Every single minute of her time was taken up writing curriculum that Keith gave to her on a post it note, 30 minutes before she was due to present it, and running the company, coaching the members and keeping things afloat.  Not only did it not seem fair, it did not seem humane.

I will be completely honest and say that as a strong independent woman, and a mother of 4 who looked up to Nancy as a role model, I couldn't honestly understand this behaviour.  Of course, I never thought too deeply into it at the time.  But Nancy wasn't married to Keith, so she had no need to be catering to him and taking care of him as a wife would.  However, he

seemed to expect this of her, and she seemed to nervously fulfill this role.  As I said, the arrangement always struck me as odd.  However, knowing now how Keith manipulates women, it makes perfect sense that Nancy should've been his first victim.  She wanted nothing more than to help people and create a better world.  And I think she truly thought that Keith had the same mission.  So she was willing to do whatever it took to make that happen.

Nancy's private house didn't seem so much like her home, as a central meeting place for every person involved in ESP.  As a mother and homemaker, I often wondered how she managed with so little privacy.  No one seemed to treat Nancy's home as her personal dwelling, but it was more like a recreational drop-in centre.  If it bothered Nancy, she hid it well!

I remember arriving one morning for a training program taking place in her house, and finding Keith Raniere in her kitchen.  He had been there for a meeting and she was trying to get him to leave before all the participants arrived.  But he struck up a conversation with me and remained exactly where he was.  I could tell that Nancy was getting increasingly upset as people arrived and crowded around him, and it always struck me as odd.  Keith was made out to be almost God-like in the community, and I wondered why Nancy didn't seem comfortable in his presence.  She was nervous and jittery that day.  It was clear that she wanted Keith to go.  I asked her later why she was upset and apologised if I had kept Keith from important work, by chatting to him.  She brushed off my apology and said it wasn't my fault at all and there was nothing to worry about.   But I got a sense from the conversation that if there was blame to be distributed, it usually landed on Nancy.

Yet, it wasn't until I witnessed him publicly discrediting and shaming her as a "joke" that I began to understand why she was nervous.  This man, who was supposed to be her business partner, protector and friend, treated her more like an estranged wife who he was angry with.  He would make her the butt of jokes, and have everyone laughing at her.  It made me uncomfortable, but she seemed to take it in good grace, so I laughed along with everyone else.  But I thanked God I was not in Nancy's position because there's no way I would've wanted that to happen to me.  I simply surmised that she must be a much stronger woman than me to be able to laugh at herself so much.  The jokes were cruel, hurtful and

unnecessary.  But he seemed to enjoy shaming people who he wanted to teach a lesson to. Nancy, most of all.

Nancy's life, it seemed, was a never ending rollercoaster of work, coaching, travel and people.  She literally never stopped. She slept only three or four hours a night, and was kept on the brink of exhaustion at all times.  I truly thought she was superhuman.  I remember hearing an account of how Keith would create a new training program, expect Nancy to teach it, and then only deliver the material to her about 30 minutes before the training was due to start.  He claimed this was to "work her issue" but to me, it seemed unnecessary and cruel.  The woman worked harder than anyone I had ever met to be the best human being she could possibly be.  How could adding more stress to her already sleep deprived, stressful life make her better?

I wish I had voiced my thoughts to Nancy all these years ago, but I didn't.  I guess I trusted Keith, just like everyone else did.  I trusted that he truly did have Nancy's best interests at heart, and his cruel and weird ways of helping her to "grow" were all part of the noble plan. As a business woman, wife and mother, I now see clearly how naive this was.  I thought that his intentions for the world were noble and pure.  I thought that he wanted only the best for humans.  But it wasn't true.  This was what Nancy wanted, not Keith.  She was the one who worked tirelessly to make the world a better place.   And to this day, that has not changed. I have gotten to know Nancy very well over the years  and I can truthfully say that I have never before witnessed a capacity to care for others that I've seen in Nancy.  She gives tirelessly of herself to others.

For the past 2 years she has given up her life to care for her elderly parents, fulfilling their wish to live out their last years in their own home.   This has come at a great personal cost both physically and emotionally.  But yet even though she was often at breaking point, enduring a huge amount of physical pain due to her illnesses and operations, she never once considered putting them in assisted living.  Her word means too much to her.

This stubborn determination she has, is both a blessing and a curse.  A blessing because her refusal to put her own comfort above that of her parents has been one of the most noble acts I've ever witnessed.  A curse because I believe that Keith Raniere immediately saw this

trait in Nancy, and exploited it for his own gain.  He played on Nancy's deep sense of loyalty and responsibility, and put her in an impossible situation.  She would never have saved herself and sacrificed the people in the company who trusted her, and he knew it.  So he kept his wrongdoings from her, and kept her busy and blind by working her into the ground and sleep deprived.   (I've since found out that sleep deprivation is used both as a form of torture and control).  He treated her like a slave, worked her like a dog and treated her like dirt.  And even though she could not have thought it right, she probably knew that to go against him, could ultimately hurt those that she had dedicated her life to.

I have no wish to paint a picture of Nancy as a victim or a martyr as she is quite simply one of the most phenomenal human beings I've ever met.  Her crime, I believe, was that she was too trusting and that she was blindsided by her desire to make the world a better place for all humans.  She believed that Keith Raniere wanted the same things as she did, which was to help humans be happier, kinder and more joyful towards themselves and others.  Her crime was that her own vision for the world was so pure, it blinded her to any wrongdoing as she simply could not hypothesise an alternative, malicious viewpoint.

If you take nothing else away from this account of Nancy Salzman's character, please know this.  You will never find a more noble human with a more pure intent than Nancy.  I know her soul.  And I can tell you that there is nothing there but kindness and good intent.  The world would be a far worse place without Nancy in it.

Thank you for taking the time to read this letter.

Kind Regards
Kim Constable

.

Dear Your Honor,

I struggled with a severe case of Tourette's syndrome for 20 years of my life. As you've most likely seen in media, I suffered from the kind in which I blurted racial slurs and other profanity out loud with little to no control. Despite the difficulty, I turned it into a positive situation and became an inspirational speaker across the nation about tolerance. By the age of 24, I knew I would be living with Tourettes for the rest of my life.

That is of course until I met Nancy Salzman. I met her personally through the courses, Executive Success Programs (ESP). Through the education that she help create and her personal dedication to helping me, I can finally say I no longer live with Tourette's syndrome. Literally, for 20 years I tried almost everything to get rid of it, including but not limited too medication, biofeedback, hypnosis, habit reversal, and botox injections. With Nancy's relentless dedication to her craft of understanding the human psychodynamic and her desire to help others, she helped me in a way that no doctor could for 20 years. I can say for almost certain, that if I had not met Nancy Salzman I would still be living with Tourettes today.

After the results I achieved, I then had the privilege to personally team up with her to help other people beat their Tourettes. Over a span of four years, Nancy and I were able to help 10 other people overcome their Tourettes with only using mind over body. In the medical community this is an unprecedented feat. For me, once I met Nancy it took about a year and a half to get my Tourettes down 90%. After we began working together, I personally witnessed Nancy help someone achieve the same results with just conversations in a matter of 4 hours. I believe whole-heartedly that no one in the world can do what Nancy can do right now.

It's imperative that she has the opportunity to continue to work and help people with such debilitating disorders. Sadly, for severe cases of Tourettes some people's last resort is to get brain surgery where electrodes are placed in the individual's brain. There are so many people in a lot of pain that I know Nancy has the ability to help. I have no doubt the work that she is doing with Tourettes will eventually impact the lives of millions and millions of people with not only Tourettes but also OCD and other impulse disorders.

Sincerely,

Marc Elliot

Natalia Gaviria
Carrera 23-10B#88
Medellín, Colombia

August 12th, 2021

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Natalia Gaviria, I was born and raised in Medellín, Colombia and moved to the United States when I was 15 years old with my family, precisely to Boca Raton, FL. I graduated from high school from St. Andrew's School, went to Ringling School of Art and Design in Sarasota, FL., and lived till 2002 in Florida working as an Interior Designer at an international award winning firm: The Pavlik Design Team. After getting a masters degree in Milan, Italy, I moved back the the US, precisely to New York City. I graduated as a health supportive chef in 2008 from The Natural Gourmet Institute and continued working as a chef in the city. I became a proud Citizen of The United States in January 2018. I am happily married to a wonderful man and we have 4 year old twin girls. We are currently residing in Medellín, Colombia where I continue working on projects that combine food and health.

In the year 2008 I was amidst a career change, unsure of myself, and very anxious about my professional future as well as my personal life. In this year I attended a NXIVM/ESP program that gave me many answers and the tools I needed to approach my new career path and personal issues. I became a coach in ESP and continued to attend some of their programs. While being a coach in ESP I met people that to this day I call best friends and family.

Nancy Salzman is one of these people. To us (me, my husband, and daughters) Nancy is our "American Grandmother". Nancy is one of the first people that I call (if not the first) whenever I am going through a difficult time and need advise, help, or a friend to listen. Through our 12 year friendship Nancy has always gone out of her way to help me in various ways. The time that stands out the most for me is when I was having difficulty getting pregnant and I was in my early 40's. One day Nancy called me and said: "How come you are not pregnant? What is going on? Come over to my house and let's talk". Nancy was very busy back then, but she took the time to help me figure out what was stopping me from getting pregnant and working through those fears. She didn't stop working with me until she was sure I was ready. And today my husband and I thank her every day because she was one of the key people that helped us get pregnant. As her close friend, I see her willingness and dedication to taking care of people that are in need. She deeply cares and wants to see people around her thriving and living their best lives. One of the best mothers and daughters I know, caring, loving, and present for her family in good and in bad times. She is funny, smart, knowledgeable and wise. To us Nancy is family.

Thank you very much for taking the time to read this letter.

Respectfully,

Natalia Gaviria

Steven Messing DMD, FAAOP, FABOP
Past President, AAOP
18 Belmont Lane
Clifton Park, NY 12065

August 2, 2021

To the Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: The sentencing of Ms. Nancy Salzman

Dear Honorable Judge Garaufis,

I am writing this letter in support of my colleague and friend Ms. Nancy
Salzman.

I am a dental specialist in oral and facial pain management, and I
practiced in Albany, NY for almost 40 years.  In my treatment of pain
patients, I found that patient stress and stress related habits often
played a large contributing role. I met Ms. Salzman in the early 80's
when I began referring patients to her for help in stress management. I
found that the combination of our respective therapies was very
successful for many of these patients. For many years I watched her
gentle and caring counseling help many, many patients.

In addition we became friends, and our families were close while our
children were growing up. During these many years I have found Ms.
Salzman to be kind, considerate, nurturing, and always trying to do good
for others.

When Nancy met and began interacting with Mr. Raniere we didn't see
each other for a number of years. She was busy building her business.
Looking back, I think he purposely separated her from her closest
friends.  About ten years ago, when we reconnected, I had concerns
about the way she related with Raniere, which I voiced from time to time.
He seemed to control all of Nancy's time, and it was as though she
needed to ask his permission even to have coffee with a friend.  She was
nervous in his presence and not herself.  It was my impression she was
afraid of him.

Nancy was so committed to doing the best she could for her community,
that she didn't have time for anything else. She worked 12–18-hour days,

7 days per week. She declined invitations for events, even for a dinner.

As you might expect, I have found the events of the past years quite upsetting as I have never, ever, seen Ms. Salzman do anything that would be harmful to others. In fact, quite the contrary as she consistently demonstrated kindness and emotional support to everyone with whom she had contact. I have seen her, while quite ill herself, caring for others who were suffering from life threatening illnesses.

Your honor, I have known Nancy Salzman for more than 35 years.  The words that best describes her are consistently caring. I respectfully request that you take these facts into consideration when you pass judgment in this highly emotional case.
Respectfully submitted,


Steven G. Messing

Sandy Padilla
13 Ryan Court
Clifton Park, NY 12065
August 22, 2021


Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201


Honorable Judge Garaufis;

I am writing this letter in support of Nancy Salzman who is coming before you for sentencing this September.  I write this as someone who has known Nancy for almost et yearsy years and also as the stepmother to Lauren Salzman, Nancy's daughter..

I have been a professional who worked for the Federal Government, with security clearance, and led many investigations and hearings and also chaired the task force for the U.S. Department of Justice investigation/Consent Decree against the Dade County Firefighters Discrimination in Florida. I raise this only to establish my credibility before you.

In or about 1998, I met Keith Raniere at the National Health Center in Clifton Park NY, a business he owned and ran with his then girlfriend, Toni Natalie. The store sold high-quality supplements and vitamins...When Keith learned that I had been a Deputy Commissioner for the State of NY and I had worked for the Governor's office, he spent time with me and even called me at home wanting to know who I knew that might be a person of influence, who would be able to reduce the financial claims against him. Toni Natalie, an avid promoter of his at the time told me of his "gift" and that he could help people. Raniere specifically asked me if I knew Nancy Salzman who he had been trying to meet for years through other people without success. He asked me if I could arrange a meeting...  I could and I did.

At the time Nancy was in a vulnerable state following her second divorce. I had concern for her well-being and thought her meeting with Raniere might help her.. Shortly thereafter I accompanied Nancy to National Health to meet Raniere. I sat with her as they spoke at length. I remember specifically that he spoke of a technology that he wanted to share with her but told her she had to promise not to use it personally, or in her work. Nancy asked him not to share it with her but he insisted.

I later learned that Raniere locked her into a promise that she would work with him forever or give up her 25 years in a successful career if she chose to leave his program. He made her believe that this would be the only way she could be ethical.

Nancy ended up working with Keith, but it was so important to Keith that he got the credit that he created a class called "Tribute" where he taught that not crediting others for their accomplishments was a lack of tribute and stemmed from "suppressive" impulses. He required that participants were constantly reminded that he was one of the smartest and ethical men in

the world and that he was a triple major at Rensselaer Polytechnic Institute. I later learned that he did not complete or get a degree, a detail that he and all his devotees failed to disclose. In the early days of the Ethos (Executive Success Program), which Nancy ran, people came and loved the program. This included professionals, accountants, lawyers, and successful business owners. Even the former US Surgeon General Dr. Antonia Novello was supportive of Nancy. Nancy consistently gave "tribute" to Keith as the creator of the model she was now working with and the one responsible for her successful work. Unfortunately, she lacked the appropriate self-esteem to recognize the results she had been achieving through her work all along.

Keith is exceptionally smart and knows how to indoctrinate and manipulate people. He was often dishonest, keeping his lies compartmentalized.  He made sure that those who supported him and his initiatives did not have access to information that would be helpful in their learning the truth and making their own decisions. He also retaliated against significant persons who he felt crossed him and tried to leave his organizations.  So, it is not surprising that Nancy believed she was irrevocably tied to him through her work.

Raniere had many victims but one of his first victims was Nancy. He used Nancy's belief in his goodness to ride on the tailcoats of her hard work, dedication and skills for 20 years. He used her to promote himself and kept her working all the time to keep the company and community together. He kept her occupied all the time and hid from her what he was doing while she was hard at work.

I believe he targeted Nancy to be his "front" because he knew that she was successful, had a following, ran empowerment workshops, had an impeccable reputation for helping people, and was ethical in everything she did.

At Lauren's sentencing you mentioned that you were surprised that State and Local officials in the Northern district did not act against NXIVM.  I believe this was no accident and part of Raniere's plan. He had dozens of people believing in him and working successfully on his behalf to make sure that he was not implicated by law enforcement.  He specifically targeted people to do his bidding and told them exactly what to do. He made people believe that what they were doing for him was for the greater good. All of them believed they were doing the right thing, while his destructive behavior was done in private and behind the scenes.

Keith Raniere was a masterful and skillful victimizer.  He chose his victims carefully and he especially did so with Nancy. I believe Nancy is a good person who bought into his lies and unfortunately enabled him, but did so unintentionally and with the belief that she was doing what was good and right.
.

Thank you for the opportunity to provide you, my thoughts.


Respectfully,

*Sandy Padilla*

Sandy Padilla,

March 30, 2019


Brandon B. Porter, M.D., Ph.D.
PO BOX 4789
Halfmoon, NY 12065

The Honorable Nicholas G. Garaufis United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis,

I am writing concerning my friend and mentor, Nancy Salzman. I have known Nancy since January, 2001. I met her at an Executive Success Programs training she facilitated in Des Moines, Iowa. I found the Executive Success Programs tools, tools she helped codify, helped me be able to be more of the person I wanted to be and experience the benefits for being the person I already built.

Over my eighteen years of knowing Nancy Salzman, I have experienced her to be wholly dedicated to helping people and building a better, more humanitarian world. The curriculum she helped codify was designed to help people bring their highest philosophical ideals into their lives. I can think of no better human pursuit because if this is realized, everyone's life is improved.

I had the opportunity to watch Nancy compassionately help hundreds of people through their ethical and emotional struggles. It is my impression that Nancy was not in this endeavor for wealth and fame. She received a relatively small salary for her duties as a CEO of the company and she worked with most people for free. It was exquisitely important to her to help each person see more options in their lives and for the person she was helping to see that the options are for them to choose based upon their own morality. I personally saw her help eleven people with Tourette Syndrome improve their symptoms magnificently. She was able to help them where they felt help was not available. Nancy has helped me in my goals to be a better physician, husband and father on multiple occasions over the years of our friendship. In my experience, she helps almost anyone who crosses her path in similar ways.

Important to Nancy's current situation, in my eighteen years of knowing her, I have seen her acknowledge and fix many of her own mistakes. I know Nancy to be wise and I expect her wisdom to deepen as a consequence of her previous decisions and this experience in her life. In my opinion, it would be a serious harm to humanity for someone of her capacity and character to be confined to prison. We need more people like Nancy Salzman, who support and help people engender the values of personal responsibility and non-violence.

I ask you to please consider my observations and experience of Nancy Salzman as a
person of high moral character and her high capacity and willingness to help others
when you consider the consequences to her admission of guilt in the charges against
her.

Sincerely,

Brandon B. Porter, M.D., Ph.D.