UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-18-0204<br>(Garaufis, J.) |
| ALLISON MACK, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $20,200.00, that is, a fine in the amount of $20,000.00, and a special assessment in the amount of $200.00, on June 30, 2021, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on July 28, 2021; and

WHEREAS, said judgment has been fully paid as to the defendant ALLISON MACK;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant ALLISON MACK.

Dated:   Brooklyn, New York
         November 29, 2022

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East, 8th Fl.
                                        Brooklyn, New York 11201

                              By:       ____/s/_____
                                        BETH P. SCHWARTZ
                                        Assistant U.S. Attorney
                                        (718) 254-6017