

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Keith Raniere
                Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully requests a 30-day extension, from June 23 to July 23, 2023, to submit its consolidated response to the defendant Keith Raniere's third motion for a new trial and his motion to compel post-judgment discovery material.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

                  By:   /s/
                            Tanya Hajjar
                            Assistant U.S. Attorney
                            (718) 254-7000

cc:    Counsel of Record (by ECF and email)