| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0207 1:18CR00204 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 1:24-CR-153 (AMN) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of New York | Brooklyn |
| Nancy Salzman | NAME OF SENTENCING JUDGE | |
| | Nicholas, G. Garaufis, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/19/2024 | TO 3/18/2027 |

OFFENSE
18 U.S.C. 1962(d), 18 U.S.C 1962 (c) & 18 U.S.C. 1963(a) Racketeering Conspiracy

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Due to Residency

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of New York   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/26/24                s/NICHOLAS G. GARAUFIS
Date                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 -- ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 27, 2024                  *[signature]* Anne M. Nardacci
Effective Date                   United States District Judge

1