F. #2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                          18-CR-204 (S-2) (NGG)

KEITH RANIERE, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Nicholas J. Moscow from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Nicholas J. Moscow
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6212
       Fax:  (718) 254-6076
       Email: nicholas.moscow@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Nicholas J. Moscow at the email address set forth above.

Dated: Brooklyn, New York
April 25, 2024

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:   /s/ Nicholas J. Moscow
       Nicholas J. Moscow
       Assistant U.S. Attorney

cc: Clerk of the Court (NGG)