**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

_____ District of _____

Caption:

_____ v.

_____      Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [\_\_\_], other [\_\_\_] _____
(specify)
entered in this action on _____.
(date)

This appeal concerns: Conviction only [\_\_\_]   Sentence only [\_\_\_]   Conviction & Sentence [\_\_\_]   Other [\_\_\_]

Defendant found guilty by plea [\_\_\_] trial [\_\_\_] N/A [\_\_\_].

Offense occurred after November 1, 1987?   Yes [\_\_\_]   No [\_\_\_]   N/A [\_\_\_]

Date of sentence: _____   N/A [\_\_\_]

Bail/Jail Disposition: Committed [\_\_\_]   Not committed [\_\_\_]   N/A [\_\_\_]

Appellant is represented by counsel?  Yes [\_\_\_] No [\_\_\_]   If yes, provide the following information:

Defendant's Counsel:    _____

Counsel's Address:       _____

_____

Counsel's Phone:          _____

Assistant U.S. Attorney:  _____

AUSA's Address:          _____

_____

AUSA's Phone:            _____

/S/ *Joseph M. Tully*
_____
Signature