# NOTICE OF APPEAL

### United States District Court

_____ District of _____

Caption:

_____ v.

_____  Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [\_\_\_], other [\_\_\_] _____
(specify)
entered in this action on _____.
(date)

This appeal concerns: Conviction only [\_\_\_]   Sentence only [\_\_\_]   Conviction & Sentence [\_\_\_]   Other [\_\_\_]

Defendant found guilty by plea [\_\_\_] trial [\_\_\_] N/A [\_\_\_].

Offense occurred after November 1, 1987?   Yes [\_\_\_]   No [\_\_\_]   N/A [\_\_\_]

Date of sentence: _____   N/A [\_\_\_]

Bail/Jail Disposition: Committed [\_\_\_]   Not committed [\_\_\_]   N/A [\_\_\_]


Appellant is represented by counsel?  Yes [\_\_\_] No [\_\_\_]   If yes, provide the following information:

Defendant's Counsel:   _____

Counsel's Address:   _____

_____

Counsel's Phone:   _____

Assistant U.S. Attorney:   _____

AUSA's Address:   _____

_____

AUSA's Phone:   _____

/S/ Joseph M. Tully
_____
Signature