# DEBORAH J. BLUM, ESQ.
225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*  
Ariella Ruben *Legal Assistant*

T • (646) 535-2586  
M • (845) 304-5312  
F • (212) 409-8279

August 22nd, 2024

**Via CM/ECF**
The Hon. Judge Nicholas G. Garaufis
United States District Court for The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **KEITH ALAN RANIERE v. UNITED STATES OF AMERICA**
               **Case Nos. 1:18-CR-00204 & 1:24-CV-02925 &**
               **Final Request for Extension of Time to Amend Pro Se Motion to Vacate**
               **Under 28 U.S.C. § 2255**

Dear Hon. Judge Garaufis:

      My office represents Keith Alan Raniere (hereinafter referred to as "Mr. Raniere") in his 2225 application which is pending before the Court. Your Honor granted my office's second request for a thirty-one (31) day extension of time to amend the 2255, [1260], to September 5th, 2024. At this time, for all of the reasons contained herein, I am requesting a final extension of time, thirty-two (32) days, to October 7th, 2024.

      I understand that in my last request, that I told Your Honor that I would not request an additional extension absent extenuating circumstances. At that time, I was not part of Mr. Raniere's 2nd Circuit Court of Appeals matter (Case Nos. 24-1317, 24-1285 & 24-778). I joined the docket as co-counsel to Joseph Tully, Tully & Weiss, on July 19th and we requested, on consent, and received an extension of time to file the appeal to October 21st, 2024 [35]. The workload for both matters far exceeds any other case that I have worked on in my eighteen (18) year legal career and I was not fully anticipating that.

      I have dedicated the work-week and weekends to working on the 2255 and still have a ways to go to get it fully drafted and ready to file[1]. On August 19th and 20th, I

---

[1] I would also like for Your Honor to be aware that since October 7th, 2024, I have dedicated hundreds of hours, pro bono, to The Lawfare Project, a nonprofit organization which seeks to protect the human and civil rights of Jewish

1

met with Mr. Raniere for the first time, and spent six (6) hours with Mr. Raniere at USP Tucson in Arizona. During the visits, Mr. Raniere and I addressed his preferred strategy, which changes the course of the submission, and items that now need to be researched and incorporated into the draft. Further, it became clear to me that I would need to have an additional visit with him prior to being able to submit the 2255. An in-person visit is the most effective way for me to communicate with Mr. Raniere. It is unrealistic that the visit could occur within the next two (2) weeks given the staffing constraints at his facility. While at USP Tucson, I spoke with Correctional Counselor Aaron Nava and he is aware that I will be making this request for additional time with Mr. Raniere.

Thank you very much in advance for this Honorable Court's consideration of this request. I can best be reached on my mobile phone, (845) 304-5312 or through email, deborah@deborahjblum.com.

Very truly yours,

Deborah J. Blum

cc: <u>Via Email</u>
Joseph Reccoppa
Courtroom Deputy to
The Hon. Judge Nicholas G. Garaufis

Nicholas J. Moscow, Esq.
Deputy Chief, Criminal Appeals
United States Attorney's Office for The Eastern District of New York

---

communities. Since being engaged by Mr. Raniere, I have shifted my primary focus to his work, except for during my period of mourning. However, I am still actively representing two (2) clients through The Lawfare Project and putting together a groundbreaking legal action that aims to protect university students throughout the nation through enforcing Title VI and other protections. It is our hope for that action to be filed within the next few weeks to coincide with the start of the Fall 2024 school semester.