# DEBORAH J. BLUM, ESQ.

225 Broadway, Suite 715 • New York, NY 10007

Patrick Fan, MBA *Legal Intern*  
Ariella Ruben *Legal Assistant*

T • (646) 535-2586  
M • (845) 304-5312  
F • (212) 409-8279

February 6th, 2026

**Via CM/ECF**  
The Hon. Judge Nicholas G. Garaufis  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY  11201

    Re:   **KEITH ALAN RANIERE v. UNITED STATES OF AMERICA**  
             Case Nos. 1:24-CV-02925 & 1:18-CR-00204  
             **ON CONSENT** Request to Hold Defendant's 28 U.S.C. § 2255 in Abeyance

Dear Hon. Judge Garaufis:

    AUSA Tanya Hajjar has consented to continuing to hold Mr. Raniere's pending §2255 in abeyance. AUSA Hajjar has consented to do so until The Supreme Court makes a determination on the Writ of Certiorari regarding the Second Circuit's denial of the Rule 33 and related matters appeal. The Writ is due by March 16, 2026.

    Alternatively, AUSA Hajjar consents to the §2255 being held in abeyance until the Writ's filing. Mr. Raniere is seeking the §2255 to be held in abeyance until The Supreme Court's determination given that its resolution of the related appeal would substantially assist adjudication of the §2255 given the overlap in issues. This was a prior position taken by the Government. (*See* Doc. 1279)

    I can best be reached on my mobile phone, (845) 304-5312 or through email, deborah@deborahjblum.com. Thank you in advance for your consideration.

Very truly yours,

*Deborah J. Blum*

Deborah J. Blum

1

cc: <u>Via Email and Facsimile</u>
Joseph Reccoppa
Courtroom Deputy to
The Hon. Judge Nicholas G. Garaufis

<u>Via Email</u>
Tanya Hajjar, Esq.
Assistant United States Attorney
United States Attorney's Office for The Eastern District of New York

2